FILED

2012 MAY 30 AM 11:09

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY ________

SANFORD L. MICHELMAN (SBN 255816)
smichelman@mrllp.com
MONA Z. HANNA, ESQ. (SBN 131439)
mhanna@mrllp.com
**MICHELMAN & ROBINSON, LLP**
15760 Ventura Boulevard, Fifth Floor
Encino, California 91436
Telephone: (818) 783-5530
Facsimile: (818) 783-5507

JOHN J. SKINNER, JR. (To be Admitted *Pro Hac Vice*)
New York State Bar No. 2714111
jskinner@mrllp.com
**MICHELMAN & ROBINSON LLP**
800 Third Avenue, 24th Floor
New York, New York 10022
Telephone: (212) 730-7700
Facsimile: (212) 730-7725

Attorneys for Plaintiff Laurmark Enterprises Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| LAURMARK ENTERPRISES INC., a Texas Corporation,<br><br>Plaintiff,<br><br>v.<br><br>KINDERHOOK INDUSTRIES, THI-UNDERCOVER HOLDINGS, LLC, TECTUM HOLDINGS, INC., EXTANG CORPORATION, and UNDERCOVER, INC. Does 1-10.<br><br>Defendants. | **Case No.:** CV12-4702-GHK (MANx)<br><br>**COMPLAINT AND DEMAND FOR JURY TRIAL** |

By Fax

COPY

291364

Plaintiff LAURMARK ENTERPRISES INC., by its undersigned attorneys, states for its Complaint against Defendants Kinderhook Industries, THI-UnderCover Holdings, LLC, Tectum Holdings, Inc., Extang Corporation, and UnderCover, Inc., and Does 1-50 as follows:

## THE PARTIES

1. Plaintiff LAURMARK ENTERPRISES INC. (hereinafter "LAURMARK") is a Texas corporation with its principal place of business located at 720 Jessie Street, San Fernando, California 91340. LAURMARK does business under the fictitious business name of BAK Industries.

2. Upon information and belief, Defendant Extang Corporation (hereinafter "Extang") is a Michigan corporation with its principal place of business located at 1901 East Ellsworth Road, Ann Arbor, Michigan 48108. Extang is one of the two leading manufacturers of tonneau covers for the automotive aftermarket and is a direct competitor of LAURMARK in the tonneau truck bed covers industry.

3. Upon information and belief, Defendant UnderCover, Inc. (hereinafter UnderCover") is a Delaware corporation with its principal place of business located at 59 Absolute Drive, Rogersville, Missouri 65742. UnderCover is the leading manufacturer of one-piece ABS composite truck bed covers and is a direct competitor of LAURMARK in the tonneau truck bed covers industry.

4. Upon information and belief, both Extang and UnderCover are subsidiaries of Defendant Tectum Holdings, Inc., which is a Delaware corporation with its principal place of business located at 888 7th Avenue, 16th Floor, New York, N.Y. 10106, which is itself a wholly owned subsidiary of Defendant THI-UnderCover Holdings, LLC, also a Delaware corporation and also with its principal place of business located at 888 7th Avenue, 16th Floor, New York, N.Y. 10106. Defendant Tectum Holdings, Inc. and Defendant THI-UnderCover Holdings, LLC, either together or individually, own or have a controlling interest

in five of the premier brand names in the tonneau truck bed covers industry to create a significant player in truck aftermarket.

5. Upon information and belief, each of the aforementioned Defendants are then part of the investment portfolio of the private equity firm Defendant Kinderhook Industries, a licensed Small Business Investment Company located in New York with its principal place of business at 521 Fifth Avenue, 34th Floor, New York, N.Y. 10175 (hereinafter all of the Defendants are collectively referred to as "THI").

**NATURE OF THE ACTION**

6. This is an action for patent infringement and wrongful inducement of infringement arising under the patent laws of the United States of America, Title 35, United States Code §1, *et seq.*, and the Declaratory Judgment Act, 28 U.S.C. §§ 2201-2201.

7. LAURMARK charges THI with patent infringement with respect to certain LAURMARK's patents and seeks a permanent injunction under 35 U.S.C. § 283 against continued infringement by THI, its subsidiaries, and all those acting in concert with THI.

8. LAURMARK seeks a declaratory judgment of non-infringement of certain THI patents. Plaintiff seeks damages and injunctive relieve and unfair competition as plead below.

**JURISDICTION AND VENUE**

9. This Court has original subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 and § 1338(a) and (b), as patent infringement claims arise under the patent laws of the United States.

10. This Court has jurisdiction under 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338. The Court also has jurisdiction over this case pursuant to 28

U.S.C. § 1332(a)(1) as the action is between citizens of different States and the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs. The Court has supplemental jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. § 1367(a).

11. This Court has personal jurisdiction over THI. Upon information and belief, THI is subject to this Court's specific and general personal jurisdiction pursuant to due process and/or due, at least, to its substantial business in this forum, including (a) at least a portion of the infringements alleged herein; and (b) regularly doing or soliciting business and/or deriving revenue from goods and/or services provided to individuals and companies in California and in this judicial district.

12. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b), (c) and 1400(b) because, upon information and belief, THI has transacted business in this judicial district and committed patent infringement in this judicial district.

## GENERAL ALLEGATIONS AS TO ALL CAUSES OF ACTION

13. LAURMARK is the licensee of all rights to and in, including the right to bring the present suit, U.S. Patent Nos. 7,537,264 (hereinafter "the '264 Patent"), 8,061,758 (hereinafter "the '758 Patent") and 8,182,021 (hereinafter "the '021 Patent"), copies of which are attached as Exhibits A, B and C respectively (hereinafter collectively the "LAURMARK Patents"). The LAURMARK Patents relate generally to tonneau truck bed covers.

14. Upon information and belief, Extang manufactures, imports, offers for sale, and sells tonneau truck bed covers, including, but not limited to, those sold under the Encore and Solid Fold tradenames, through a network of national and local distributors and retailers.

15. Upon information and belief, UnderCover manufactures, imports, offers for sale, and sells tonneau truck bed covers, including, but not limited to, those sold under the Flex tradename, through a network of national and local distributors and retailers.

16. Upon information and belief, for a period of time, the length of which is unknown to Plaintiff prior to discovery, THI has operated a business, for profit, that uses LAURMARK's technology claimed and described in the LAURMARK Patents in connection with the sale of products manufactured and sold by or on behalf of THI or its subsidiaries.

17. LAURMARK is informed and believes and thereon alleges that at all times mentioned herein, that THI and its subsidiaries had actual knowledge of the LAURMARK Patents and LAURMARK's patent rights there under prior to the filing of this complaint.

18. The manufacture, importation, offers for sale, and sale of the tonneau truck bed covers by Extang under the Encore and Solid Fold tradenames is in direct competition to the tonneau truck bed covers manufactured, offered for sale, and sold by LAURMARK.

19. The manufacture, importation, offers for sale, and sale of the tonneau truck bed covers by UnderCover under the Flex tradename is in direct competition to the tonneau truck bed covers manufactured, offered for sale, and sold by LAURMARK.

20. The manufacture, importation, offers for sale, and sale of infringing products by THI or its subsidiaries has not been under license or authority of LAURMARK.

21. By infringing the LAURMARK Patents, THI and its subsidiaries has unfairly reaped a substantial commercial advantage and savings in research and development time and cost, all to LAURMARK's detriment.

291364

22. Upon information and belief, THI has not ceased its infringing activity but instead continues to intentionally and knowingly market and sell its products to various distributor and retail store customers, and to induce those distributors and retailers to violate the LAURMARK's Patents by selling THI's infringing products. The infringement and inducement to infringe is therefore willful, deliberate and intentional and will continue unless enjoined by this Court.

23. Upon information and belief, THI has a significant portion of the market share of the tonneau truck bed covers market. In addition to owning and or having a controlling interest in Extang and UnderCover, it seeks to create and systemically maintain a monopoly on the tonneau truck bed covers market. Via the Defendant Kinderhook Industries, it owns or has a controlling interest in TruXedo, Inc., BedRug, Inc, and Advantage Truck Accessories, Inc. Extang and TruXedo, Inc. are two of the leading manufacturers of tonneau covers for the automotive aftermarket. UnderCover is one of the leading manufacturers of one-piece ABS composite truck bed covers. BedRug, Inc. is a leading manufacturer of high-end cushioned and carpeted protective liners for the bed of a pickup truck. Advantage Truck Accessories, Inc. is an ISO-certified manufacturer and distributor of soft tonneau covers to OEM and aftermarket customers. Accordingly, THI owns or has a controlling interest in five of the premier brand names in the industry thereby creating an effective monopoly in the tonneau truck bed covers market.

24. Upon information and belief, THI has engaged in a series of anticompetitive activities to protect and extend its valuable monopoly against potential competitive threats and to eliminate the competitor from the market.

25. Upon information and belief, THI has threatened to file and filed numerous frivolous lawsuits against competitors in the tonneau truck bed covers market after such competitor refused to be purchased or bought out by THI at below market value.

291364

26. Upon information and belief, THI or those acting in concert with THI have provided monetary inducement to distributors and retailers to remove LAURMARK's displays and advertising materials from the distributors and retailers showroom floors.

27. Upon information and belief, THI or those acting in concert with THI have required distributors and retailers to agree to exclusively sell THI products to control prices and eliminate competitors under a threat that if the exclusivity agreements were not agreed to and the distributors and retailers continued to sell competitors products, they would not then be allowed to market and sell THI products.

28. THI's conduct with respect to tonneau truck bed covers is a prominent and immediate example of the pattern of anticompetitive practices undertaken by THI with the purpose and effect of attempting to obtain and maintain its monopoly and extending that monopoly to other related markets.

29. The relevant product market is the United States.

30. During the relevant time period alleged herein, LAURMARK has manufactured, marketed, and distributed the tonneau truck bed covers in a continuous and uninterrupted flow of intrastate and interstate commerce throughout the United States.

31. Through the unlawful acts and practices described above, THI has harmed competition, consumers and innovations by decreasing, and seeking to eliminate competitors and cause consumers to pay supra-competitive prices for the tonneau truck bed covers. Those practices, described herein, have also allowed THI to obtain and maintain illegal monopolies in the tonneau truck bed cover market.

32. LAURMARK is in the business of manufacturing and selling a variety of tonneau truck bed covers and related products for pick-up trucks under the LAURMARK Patents.

**COUNT ONE**

**Patent Infringement (35 U.S.C. § 271(a)) of the '264 Patent**

33. Plaintiff re-alleges and incorporates by reference each of the allegations set forth above.

34. THI makes, uses, sells, offers for sale, and/or induces others to use in the United States methods and/or related devices covered by one or more claims of the '264 Patent, including THI's tonneau covers.

35. THI's actions thus constitute infringement of the '264 Patent in violation of 35 U.S.C. § 271(a).

36. By reason of THI's acts of infringement, LAURMARK has suffered and will continue to suffer monetary damages and irreparable harm.

**COUNT TWO**

**Patent Infringement (35 U.S.C. § 271(a)) of the '758 Patent**

37. Plaintiff re-alleges and incorporates by reference each of the allegations set forth above.

38. THI makes, uses, sells, offers for sale, and/or induces others to use in the United States methods and/or related devices covered by one or more claims of the '758 Patent, including THI's tonneau covers.

39. THI's actions thus constitute infringement of the '758 Patent in violation of 35 U.S.C. § 271(a).

40. By reason of THI's acts of infringement, LAURMARK has suffered and will continue to suffer monetary damages and irreparable harm.

///

## COUNT THREE

**Patent Infringement (35 U.S.C. § 271(a)) of the '021 Patent**

41. Plaintiff re-alleges and incorporates by reference each of the allegations set forth above.

42. THI makes, uses, sells, offers for sale, and/or induces others to use in the United States methods and/or related devices covered by one or more claims of the '021 Patent, including THI's tonneau covers.

43. THI's actions thus constitute infringement of the '021 Patent in violation of 35 U.S.C. § 271(a).

44. By reason of THI's acts of infringement, LAURMARK has suffered and will continue to suffer monetary damages and irreparable harm.

## COUNT FOUR

**Inducement to Patent Infringement (35 U.S.C. § 271(b)) of the '264 Patent**

45. Plaintiff re-alleges and incorporates by reference each of the allegations set forth above.

46. Based upon the foregoing, THI has knowingly induced and encouraged various retailers and/or distributors to infringe Plaintiff's '264 Patent.

47. Various retailers and distributors have infringed Plaintiff's '264 Patent as a consequence of THI's knowing inducement and encouragement.

48. THI's actions thus constitute infringement of the '264 Patent in violation of 35 U.S.C. § 271(b).

49. Plaintiff has been damaged as a result of THI's wrongful acts in inducing infringement of the '264 Patent.

///

**COUNT FIVE**

**Inducement to Patent Infringement (35 U.S.C. § 271(b)) of the '758 Patent**

50. Plaintiff re-alleges and incorporates by reference each of the allegations set forth above.

51. Based upon the foregoing, THI has knowingly induced and encouraged various retailers and/or distributors to infringe Plaintiff's '758 Patent.

52. Various retailers and distributors have infringed Plaintiff's '758 Patent as a consequence of THI's knowing inducement and encouragement.

53. THI's actions thus constitute infringement of the '758 Patent in violation of 35 U.S.C. § 271(b).

54. Plaintiff has been damaged as a result of THI's wrongful acts in inducing infringement of the '758 Patent.

**COUNT SIX**

**Inducement to Patent Infringement (35 U.S.C. § 271(b)) of the '021 Patent**

55. Plaintiff re-alleges and incorporates by reference each of the allegations set forth above.

56. Based upon the foregoing, THI has knowingly induced and encouraged various retailers and/or distributors to infringe Plaintiff's '021 Patent.

57. Various retailers and distributors have infringed Plaintiff's '021 Patent as a consequence of THI's knowing inducement and encouragement.

58. THI's actions thus constitute infringement of the '021 Patent in violation of 35 U.S.C. § 271(b).

59. Plaintiff has been damaged as a result of THI's wrongful acts in inducing infringement of the '021 Patent.

## COUNT SEVEN

**Intentional Interference with Prospective Economic Advantage**

60. Plaintiff re-alleges and incorporates by reference each of the allegations set forth above.

61. Plaintiff had and has valid business relationships and business expectancies with its customers and distributors and a reasonable expectation that such relationships would continue into the future and beyond based on a long and consistent business relationship.

62. Knowing of and about these customer and distributor relationships, and business expectancies, Defendants have intentionally intervened and are interfering with same, including but not limited to soliciting customers away from Plaintiff through unlawful means, diverting these customers for themselves through improper and illegal means, and otherwise causing termination and disruption of and/or interference with Plaintiff's relationships and expectancies with its customers, all resulting in the deprivation of future business opportunities and the deprivation of prospective economic advantage to be gained from these future business opportunities with Plaintiff’s customers.

63. As a result of Defendants' intentional interference with these relationships and business expectancies, Plaintiff will be injured irreparably and otherwise by reason of the deprivation of future business opportunities and the deprivation of prospective economic advantage to be gained from these future business opportunities with Plaintiff’s customers and distributors, and which will result in Defendants being unjustly enriched.

64. If Defendants are not enjoined from interfering with Plaintiff’s prospective economic opportunities, Plaintiff will continue to be injured irreparably and otherwise as this will result in the deprivation of future business

opportunities and the deprivation of prospective economic advantage to be gained from these future business opportunities with Plaintiff's customers.

65. Each of these acts was done willfully and maliciously by Defendants, with the deliberate intent to injure Plaintiff's business and improve their own business and for financial gain, thereby entitling Plaintiff to exemplary damages and/or attorneys' fees to be proved at trial.

**COUNT EIGHT**

**Negligent Interference with Prospective Economic Advantage**

66. Plaintiff re-alleges and incorporates by reference each of the allegations set forth above.

67. Plaintiff had and has valid business relationships and business expectancies with its customers.

68. Defendants knew or should have known that Plaintiff had these existing customer relationships.

69. Defendants have negligently intervened and interfered with and appropriated Plaintiff's customer relationships, by soliciting customers away from Plaintiff, diverting these customers for themselves, sending improper notices to Plaintiff's customers, by contacting Plaintiff's customers, and otherwise causing termination and disruption of and/or interference with Plaintiff's relationships with its customers.

70. Defendants actions were negligent in that they induced a breach or disruption of the Plaintiff's contractual relationships with its customers.

71. As a result of Defendants' interference with these relationships, Plaintiff has been injured irreparably and otherwise, while Defendants are unjustly enriched.

72. If Defendants are not enjoined, Plaintiff will continue to be injured irreparably and otherwise

## COUNT NINE

**Unfair Competition under Calif. Bus. & Prof. Codes sec 17200, et seq.**

73. Plaintiff re-alleges and incorporates by reference each of the allegations set forth above.

74. Defendant's intentional, purposeful, and unlawful conduct and actions as alleged herein and above constitute unfair competition and/or deceptive or unfair trade or business practices on the part of Defendant in violation of California's Business and Professions Code §§ 17200 et seq.

75. As a result of Defendant's unlawful acts of unfair competition and infringement or business practices Defendants have suffered injuries in fact, including those alleged herein and above entitling Plaintiff to restitution and/or injunctive relief as permitted under the statute..

76. Defendants actions have and are causing irreparable harm to Plaintiff entitling Plaintiff to injunctive relief barring Defendants from their conduct in violation of California Business and Professions Code §§ 17200 et seq.

77. As a direct and proximate result of the acts described in this Complaint, Defendants have been and continue to seek to be unjustly enriched, therefore, Plaintiff seeks to enjoin Defendants' wrongful conduct, and to obtain an order for restitution.

78. Plaintiff is informed and believes, and on that basis alleges, that at all times mentioned that the conduct of Defendants, as described herein, was malicious, oppressive and fraudulent within the meaning of California Civil Code § 3294 and done without justification of privilege, thus entitling Plaintiff to an award of punitive and exemplary damages in the amount appropriate to punish Defendants and to make an example of them in an amount to be determined at trial.

79. Plaintiff further seeks attorneys' fees and costs pursuant *Code of Civil Procedure* § 1021.5.

80. Plaintiffs further request, pursuant to *Cal. Bus. & Prof. Code* § 17203 such orders and judgments, including the appointment of a receiver, as may be necessary to prevent the continued use or employment by Defendants of the aforementioned unfair and unlawful business practices which, unless and until enjoined and restrained by order of this Court, will continue to cause great and irreparable injury to Plaintiff, competitors and consumers, including orders to Defendants to restore to any person in interest any money or property, real or personal, which may have been acquired by means of such unfair competition.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff LAURMARK prays for judgment as set forth below:

i. That THI be declared to have infringed the claims of the '264 Patent as alleged above;

ii. That THI be declared to have infringed the claims of the '758 Patent as alleged above;

iii. That THI be declared to have infringed the claims of the '021 Patent as alleged above;

iv. That THI be declared to have induced the infringement of retailers under the LAURMARK Patents as alleged above;

v. That, pursuant to 35 U.S.C. § 283, THI and its subsidiaries, and their respective officers, agents, servants, employees and assigns, and all those persons acting in concert or in participation with THI or acting on its behalf, be immediately, preliminarily, and permanently enjoined and restrained from its wrongful conduct, as outlined above;

vi. That, pursuant to 35 U.S.C. § 284, THI be ordered to account for and pay to LAURMARK all monetary damages caused to LAURMARK by reason of THI's wrongful conduct, including interest, costs, and trebled damages;

vii. That, pursuant to 35 U.S.C. § 285, this action be declared an "exceptional case" and that THI be ordered to pay LAURMARK's attorney fees and costs;

viii. That LAURMARK be granted pre-judgment and post-judgment interest on the damages caused to it by reason of THI's wrongful conduct;

ix. For compensatory damages according to proof;

x. For punitive damages according to proof;

xi. For Preliminary and permanent injunction;

xii. That Defendants be ordered to pay restitution;

xiii. That Plaintiff be awarded attorneys fees and costs of suit herein incurred; and

xiv. That the Court grant such other and further relief as the Court deems just and proper under the circumstances.

**DEMAND FOR JURY TRIAL**

Plaintiff LAURMARK ENTERPRISES, INC. hereby demands trial by jury of all claims and issues for which such a trial is available.

**MICHELMAN & ROBINSON, LLP**

DATED: May 30, 2012 BY: ______________________________

Sanford L. Michelman, Esq.
Mona Z. Hanna, Esq.
John J. Skinner, Jr., Esq. (To be admitted *Pro Hac Vice*) Attorneys for Plaintiff
Laurmark Enterprises Inc.

291364

# EXHIBIT A

US007537264B2

(12) **United States Patent**
**Maimin et al.**

(10) **Patent No.: US 7,537,264 B2**
(45) **Date of Patent: May 26, 2009**

(54) **PICK-UP TRUCK BOX COVER**

(76) Inventors: **Israel Maimin**, 7307 Coldwater Canyon Ave., North Hollywood, CA (US) 91605; **Julian Maimin**, 7307 Coldwater Canyon Ave., North Hollywood, CA (US) 91605

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **11/537,403**

(22) Filed: **Sep. 29, 2006**

(65) **Prior Publication Data**

US 2007/0210609 A1 Sep. 13, 2007

(51) **Int. Cl.**
***B60R 9/06*** (2006.01)

(52) **U.S. Cl.** ............ **296/100.09**; 296/37.6; 296/100.06

(58) **Field of Classification Search** ............... 296/37.6, 296/37.1, 24.3, 136.01, 136.03, 136, 136.05, 296/136.06, 57.1, 37.16, 136.04, 100.01–100.09
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,216,990 A * 8/1980 Musgrove et al. .......... 296/213
4,313,636 A 2/1982 Deeds
5,074,188 A * 12/1991 Harris ...................... 89/37.04
5,427,428 A * 6/1995 Ericson et al. ............... 296/98
5,636,893 A 6/1997 Wheatley et al.
5,795,011 A 8/1998 Flentge
D403,292 S 12/1998 Bogard
5,857,729 A 1/1999 Bogard
6,076,881 A 6/2000 Tucker
6,082,806 A 7/2000 Bogard
6,126,225 A 10/2000 Griffin
6,217,102 B1 * 4/2001 Lathers ................. 296/100.07
6,340,194 B1 * 1/2002 Muirhead et al. ...... 296/100.06
6,422,635 B1 * 7/2002 Steffens et al. ......... 296/100.09
6,565,141 B1 5/2003 Steffens et al.
6,899,372 B1 5/2005 Keller
7,021,693 B2 4/2006 Keller
7,066,523 B2 * 6/2006 Verduci et al. ......... 296/100.06
2004/0245799 A1 12/2004 Rusu

* cited by examiner

*Primary Examiner*—H Gutman
*Assistant Examiner*—Melissa A Black
(74) *Attorney, Agent, or Firm*—Kenneth H. Ohriner; Perkins Coie LLP

(57) **ABSTRACT**

A cover assembly for a pick-up truck cargo box includes first and second rails attachable at the sides of the box. A cover has a first resilient hinge strip connecting a first panel to a second panel and allowing the first panel to pivot relative to the second panel. A third panel is attached to the second panel by a second resilient hinge strip, which allows the second panel to pivot relative to the third panel. The panels are supported on the rails. Latches on the panels hold the panels onto the rails. The cover may be opened by sequentially releasing the latches and folding the panels over onto each other.

**26 Claims, 6 Drawing Sheets**



FIG. 1


100
42
104
30
2
102
102
32
2
20
50
104
38
34
40

FIG. 2


W
HJ
192
102
106
40
38
86
32
102
102
102
50
110
FP
196
112
CL
104A
104C
104B
8
8
104D
5
5
60
36
104A
104B
100
104C
192
42
86


108
102
122
120
124
134
128
136
100
130
64
72
132
86
137
76
78
74
130
122
100
52
66
60
68
62
126
124
74
73
72
136
84
75
44
60
54
56
82
38
20
50
90

FIG. 3

FIG. 4


130
132
66
64
128
122
120
84
D
108
52
73
54
72
50
62
78
74
38
56
60
70
92
95
76
90
80
96
20
94
82

FIG. 5


104
108
152
122
146
120
140
164
160
154
150
140
144
142

FIG. 6

FIG. 7


146
140
144
150
154
152
140

FIG. 8


146
104A
140
154
122
152
162
160
144
150
140
124
120
108




FIG. 9

FIG. 10

FIG. 11


188
190
190
32
194
112
100
180
188
174
170
104A
110
AA
172
186
182
184
170
106
104C
112
102
32
112

FIG. 13

FIG. 12

# PICK-UP TRUCK BOX COVER

## BACKGROUND

Pick-up trucks are one of the most popular and versatile vehicles in use today. Pick-up trucks typically have an enclosed cab and an open cargo box in the rear of the truck. The open cargo box allows all types of things to be quickly and easily loaded, carried and unloaded. Despite this versatility, the open cargo box has multiple significant disadvantages. First, with the box tailgate closed, the box creates significant air turbulence and drag on the truck, especially at high speeds. This reduces the fuel efficiency of the vehicle and may also add to the noise level within the cab. Another disadvantage is the complete lack of security. Anything in an open box can be quickly and easily stolen. The open cargo box also leaves the contents of the box exposed to the weather.

Various types of box covers have been proposed to overcome these problems. In a primitive form, a box cover may simply be a piece of canvas or vinyl fitted over the top of the box and tied down to the truck. More sophisticated covers made of metal, fiberglass, and plastic have also been used. Still, various disadvantages remain. Many covers leak, allowing rain to enter the box where it can damage the contents of the box, or increase corrosion of the box itself. Other covers may be time consuming and difficult to install. Some covers tend to permanently fully or partially close off areas of the cargo box, or make it very difficult to reach into a front or rear end of the box. Accordingly, an improved pick-up truck cargo box cover is needed.

## SUMMARY

An improved pick-up truck cargo box cover has now been invented solving multiple problems associated with existing covers. This new cargo box cover is easy to install. It is also highly resistant to water penetration, so that the contents of the box stay dry when covered. This new cover also provides a secure barrier to protect the contents of the box from theft, vandalism, or from falling out of the box during a rough ride. The present cover is also lightweight, yet also durable, strong and rigid. Accordingly, it is able to reduce drag and improve fuel economy.

In one aspect, a cover assembly for a pick-up truck cargo box includes first and second side rails which attach to the sides and/or top of the cargo box. A foldable cover is attachable to the first and second rails. The cover may include a first hinge strip connecting a first panel to a second panel and allowing the first panel to pivot or fold relative to the second panel. Typically, a third panel is also included and is similarly attached to the second panel by a second hinge strip allowing the second panel to pivot relative to the third panel. A releasable latch system may be used to hold one or more of the panels onto the rails. The cover may accordingly be quickly and secured deployed on or over the box, and also partially or fully folded up to allow access to any section of the cargo box. Other elements and advantages will become apparent from the following detailed description. A single embodiment is shown and described as one example of how the invention may be made and used, with various other examples also being possible. The invention resides as well in subcombinations of the elements described.

## BRIEF DESCRIPTION OF THE DRAWINGS

In the drawings, wherein the same reference number indicates the same element in each of the views:

FIG. **1** is a perspective view of the novel cover installed on a pick-up truck.

FIG. **2** is a plan view of the cover and pick-up truck box shown in FIG. **1**.

FIG. **3** is an exploded perspective view of components of the cover assembly shown in FIGS. **1** and **2**.

FIG. **4** is a perspective section view showing an example of an installation of the cover assembly shown in FIGS. **1-3**.

FIG. **5** is a section view taken along line **5-5** of FIG. **2**.

FIG. **6** is an exploded perspective view of a panel of the cover shown in FIGS. **1-5**.

FIG. **7** is a perspective view of the core end frames and hinge strip shown in FIG. **6**.

FIG. **8** is a section view taken along line **8-8** of FIG. **2**.

FIG. **9** is a side view of the cover assembly shown in FIGS. **1** and **2**, with the first panel folding over onto the second panel of the cover.

FIG. **10** is a side view similar to FIG. **9** and showing the first and second panels folding over onto the third panel of the cover.

FIG. **11** is a similar side view showing the first, second, and third panels folding over onto a fourth panel of the cover.

FIG. **12** is a similar side view showing the cover fully folded or open.

FIG. **13** is a perspective view of the cover as shown in FIG. **12**.

## DETAILED DESCRIPTION OF THE DRAWINGS

Turning now in detail to the drawings, a novel cover assembly generally designated as **20** is installed on a cargo box **34** of a pick-up truck **30**. The cargo box **34** is typically rectangular, and is formed between left and right box side walls **38**, a tail gate **40** at the back of the truck **30**, and a front or cab wall **42** at the front of the box **34**, adjacent to the cab **32** of the truck **30**. The cargo box **34** generally also has a floor **36**, shown in FIG. **2**, which may be continuous with the box side walls **38** and/or the cab wall **42**.

As shown in FIG. **4**, the cargo box **34** typically has left and right box rails **50**, with a generally flat and horizontal top section **52** and a generally flat vertical side section **54** forming the box rail **50**. The lower edge of the side section **54** may have a rolled in end **56**. Stake pockets or openings **44** may be provided on some cargo boxes **34** through the top section **52** of the box rail **50**, adjacent to where the top section **52** joins into the box side wall **38**. FIGS. **4** and **5** show a cargo box **34** for a typical pick-up truck **30**. Of course, the cover assembly **20** may also be used with various other types of cargo boxes, FIGS. **4** and **5** showing one example.

Referring now to FIGS. **3**, **4**, and **5**, the cover assembly **20** includes a cover generally indicated as **100**, and left and right side rails **60**. The cover assembly **20** may be provided as a kit including the cover **100**, the left and right side rails **60**, along with clamps **90**, and optionally also including shims. The cover **100** may also be used separately from the side rails **60** and clamps **90**, in other applications.

FIGS. **3-5** show the right side rail **60** installed to the inside of the right side of the cargo box **34**. The left side rail and other components shown in FIGS. **3-5**, on the left side of the cargo box are mirror images of the right side. As shown in FIGS. **3**, **4**, and **5**, the side rail **60** has a clamp plate **62** which is typically substantially vertical when the side rail **60** is installed on a cargo box **34**, as shown in FIGS. **4** and **5**. A lip plate **64** extends outwardly, generally at a right angle, from the clamp plate **62**. A lip **66** may be provided on the lip plate **64**, with the lip **66** resting on the top section **52** of the box rail **50**, leaving the lip plate **64** spaced apart slightly from the box rail top

section **52**. A lower end of the clamp plate **62** may have a grooved or roughened surface **68**, so that the side rail **60** can be more securely held in place by the clamps **90**.

Referring to FIG. **5**, a cover support section **70** of the side rail **60** extends inwardly from the clamp plate **62**. The cover support section **70**, in the specific design shown, may have an outer support surface **74** spaced apart from an inner support surface **72** by a drain opening **75**, shown in FIG. **4**. The cover support section **70** may have a ramp surface **78** extending downwardly at an angle from the drain opening **75** to a drain channel **76**, as shown in FIG. **5**. A drain outlet **80** and a drain tube **82** may be provided adjacent to a front or rear end of the side rail **60**. Generally, the drain outlet **80** and drain tube **82** are provided adjacent to the front end of the side rail **60**, since most cargo boxes **34** tend to be lower at the front and higher at the back. The cover support section **70** of the side rail **60** may also have a latch channel **84**, as shown in FIG. **5**. Referring momentarily to FIG. **3**, each side rail **60** may have an extension plate **86** at the front end of the side rail.

Referring once again to FIGS. **4** and **5**, on each side of the cargo box **34**, the side rail **60** is attached to the box rail **50**. The side rail **60** may be attached in various different ways including clamping, bolting, riveting, adhering, welding, mechanical fittings, etc. In the design shown, the side rail **60** is clamped to the side section **54** of the box rail **50** via clamps **90**. The claim **90** shown in FIG. **5** has an outer jaw **92** and an inner jaw **94** connected by a clamp bolt **96**. Tightening the clamp bolt **96** brings the jaws **92** and **94** together, securing the clamp plate **62** of the side rail **60** to the side section **54** of the box rail **50**. One or more clamps **90** may be used on each side. In the design shown, typically three clamps **90** are used on each side of the cargo box **34**. The rail may be designed to conform with the clamp shape in order to eliminate any sagging of the rails.

Turning now to FIGS. **2** and **9-11**, the cover **100** includes two, three, four, five, or more sections or panels **102** connected by hinge joints **104**. The hinge joints **104** allow the panels **102** to fold onto each other, to open the cover **100**, as shown in FIGS. **9-11**. In FIG. **2**, first, second, third and fourth hinge joints **104**A, **104**B, **104**C and **104**D are shown. The first and fourth hinge joints **104**A and **104**D may have the same design, for example as shown in FIG. **8**. The second and third hinge joints **104**B and **104**C are similar but include a spacer bar **110** and **112**, respectively, as shown in FIGS. **2** and **9-13**. The spacer bars **110** and **112** are dimensioned to allow the panels to fold flat onto each other, without stressing the hinge joints, as specifically shown in FIG. **13**. When the cover is closed, the spacer bars **110** and **112** may also help to strengthen the cover. The panels **102** are typically rectangular, although square panels may also be used. While the cover **100** is especially useful for covering a cargo box **34** of a pick-up truck **30**, it may also be used in other ways. Accordingly, the panels **102** may also have other shapes, besides rectangular or square. The joints **104** may optionally be made without any screws or other fasteners requiring through holes.

The panels **102** shown in FIGS. **2** and **9-11** have a width W to length L ratio of about 1:3, although other ratios ranging from 1:1 to about 1:4, 5, 6, or 8 may also be used. The hinge joints **104** are typically much narrower than the panels **102**, with the ratio of the width HJ of the hinge joint **104** to the width W of a panel **102** typically about 1:6 and normally ranging from about 1:4 to 1:8, 10 or higher. The panel **102** closest to the front of the cargo box **34**, labeled FP in FIG. **2**, may be attached to a relatively narrow cab panel **106**, with the cab panel **106** attached to the extension plates **86**. Referring momentarily to FIG. **12**, the narrow cab panel **106** allows the cover **100** to be folded virtually entirely off of the cargo box **34**, so that virtually all areas of the cargo box **34** are easily accessible when the cover **100** is opened.



The panels **102** may be provided as solid or hollow plates or slabs of various materials or they may be composite structures. In the design shown in FIGS. **3-5**, a panel **102** has a core section **108** with a side channel **128** attached to the left and right sides of the core. A side cover strip **130** is attached to the side channel **128**. Alternatively, if no side channel **128** is used, the side cover strip **130** may be attached directly to the core **108**. The side cover strip **130** may be provided as a strip of a resilient material, such as rubber, having a top section **134**, and a first tapered flap **136**, and a second tapered flap **137** as shown in FIG. **3**. The second tapered flap **137** seals down onto the top of the rail of the truck bed, to help seal out water. A rubber strip **73** is attached to the rail **72** to prevent metal to metal contact between the panels and rails.

Referring still to FIG. **3**, the core **108** may optionally be formed as a composite structure, for example, a honeycomb core **120** sandwiched between a top sheet or plate **122** and a bottom sheet or plate **124** both adhered or otherwise attached to the honeycomb or other material **120**. The top and bottom plates **122** and **124** may be a plastic material, such as ABS. This composite design provides a lightweight yet strong and rigid structure. The side channel **128**, if used, may be a simple metal channel section adhered to the core **108**. The side cover strip **130** may be attached to the side channel **128** or the core **108** using adhesives or a double-sided tape. The side cover strip **130** may be provided as a continuous single strip attached to each of the panels **102**, with the side cover strip **130** sufficiently flexible so that it can fold back over on itself as the panels **102** are folded to open the cover **100**, as shown in FIGS. **9-11**. Alternatively, the side cover strip **130** may be provided as individual segments separately attached to each panel **102**, with a gap between the segments on adjacent panels. Double sided tape **132** may be used to secure the strip **130** to the channel **128**, as shown in FIG. **5**.

Turning now to FIG. **6**, adjacent panels **102** are connected to each other by the hinge joints **104** which include a hinge strip **146**, typically made of rubber or other resilient or flexible material. The hinge strip **146** may be attached to adjacent panels **102** in various different ways. In the example shown in FIG. **6**, the hinge strip **146** has first and second fittings or attachment features **150** and **152**, in this case formed as T-sections. The core **108** of adjacent panels **102** have corresponding features or arms **144** for attaching with the fittings **150** and **152** on the hinge strip **146**. The features or arms **144** may optionally be provided on a front/rear or lateral frame **140** attached to a front or rear edge of the core **108** of adjacent panels **102**. In the example shown in FIG. **6**, the lateral frame **140** may be provided as a metal extrusion having a slot **142** between the arms **144**, with the slot **142** dimensioned to slide over and interlock with the fittings **152** and **154** on the hinge strip **146**. The fittings **150** and **152** may be spaced apart by a flat or web section **154** of the hinge strip **146**, as shown in FIGS. **6-8**. As shown in FIG. **8**, the backing bars may be dimensioned so that with the joint **104** in the closed (unfolded) position shown in solid lines in FIG. **8**, the rubber or other elastomeric material of the hinge strip is optionally slightly compressed. This compression can help to seal the joint **104**.

Referring to FIGS. **6** and **8**, first and second hinge joint backing bars **160** and **162** may be used to stiffen and strengthen the hinge joints **104**. The first backing bar **160** may be attached to the core **108** or lateral frame **140** using fasteners **164**. The backing bars **160** and **162** may be interlocking with each other, i.e., having features that engage each other.

Alternatively, the backing bar 160 or 162 may be bonded or adhered to a bottom surface of the hinge strip 146. In many applications, the backing bars 160 and 162 may be entirely omitted.

As shown in FIG. 12, a compression spring element, such as an air cylinder 170, is attached to the back end of the front panel FP. Typically, the lower end of the spring 170 may be attached to a fitting 172 adjacent a front end of the side rail 60, with the upper end of the spring 170 attached to a mounting plate 174 on a bottom surface of the front panel FP. The spring element 170 holds the folded cover 100 in an over center position, as shown in FIG. 12.

Referring to FIG. 13, a slam latch assembly 180 is generally provided along the back edge of each panel 102. The slam latch assembly 180 is used to hold or lock the panels 102 down in a closed position as shown in FIG. 2. Various forms of latch assembly 180 may be used. In the example shown in FIG. 12, the latch assembly 180 has a latch or plunger 182 held within a latch housing 188 and pushed outwardly into the latch channel 84, shown in FIG. 4, by a spring element 186. The latch 182 may optionally have an angled lower surface 184, to better guide the latch 182 into the latch channel 84, or other recess. A release mechanism, such as a cable, chain, bar, linkage, etc. 190, is connected to the slam latches 182 to release them, in this case by pulling on the cable 190, to allow a panel 102 to be opened. As shown in FIG. 13, the release mechanism 190 may be accessible at a central location, or at locations along both sides of the cover 100. This allows the panels to be released from either side of the truck.

In general, the cover assembly 20 is symmetrical about its center line CL shown in FIG. 2. Accordingly, the description of components or elements described above applies to both the left and right sides of the cover assembly 20.

The cover 100 and side rails 60 may be manufactured to fit the specific dimensions of a cargo box 34 of a specific pick-up truck 30. For most cargo boxes 34, the cover 100 has four panels 102, as shown in FIG. 2. However, for shorter cargo boxes 34, three panels or more 102 may be used, while a cover 100 for use on a longer cargo box 34 may have four or more panels 102. Of course, the width W of the panels 102 may be varied, and the number of panels 102 used may also be varied, to meet specific needs.

The cover 100 and the side rail 60 may be provided in a kit made for a specific cargo box 34 of a specific pick-up truck 30. The clamps 90 and shims may also be included in the kit. Referring to FIG. 5, in some cargo boxes 34, the box rail side section 54 may not be vertical, or it may recesses tending to interfere with the clamps. In this case, shims may be used between the side section 54 and the clamp plate 62 of the side rail 60, so that the side rails 60 are properly positioned. In the example shown in FIG. 5, the box rail side section 54 is vertical, so that no shims are needed. To install the cover assembly 20, shims, if any are needed, are placed on the box rail side section 54. The side rail 60 is then placed onto the box rail 50, on each side of the cargo box 34. The front end of each side rail 60 is positioned all the way forward on the cargo box 34, with the front end of the side rail 60 in contact with, or closely adjacent to, the cab wall 42 or front end of the cargo box 34. The clamps 90 are then installed to securely attach each side rail 60 to the box rails 50 of the cargo box 34. The cover 100 is then placed onto the side rails 60, with the cover 100 all the way forward on the cargo box 34.

The cab panel 106, if used, is closely adjacent to, or in contact with, the cab wall 42 or front end of the cargo box 34. The cover 100 is then unfolded, as shown in FIG. 2, to confirm that the cover 100 properly fits onto the side rails 60 and the cargo box 34. Holes are drilled through the cab panel 106 and through the extension plates 86. The cab panel 106 is then attached to the extension plates 86 using mounting bolts 192, and using spacers and washers. The drain tube 82 is routed through an opening in the cab wall 42, or an opening is made in the cab wall or floor for the drain tube. The front end of the side rail 60 is typically closed off with a cap, so that water collecting in the side rail runs out via the drain tube 82. Some trucks have existing drainage holes which can be used.

Referring to FIG. 1, with the cover assembly 20 installed and the tail gate 40 up, the cargo box 34 is entirely covered. The latch assemblies 180 secure the panels 102 to the latch channels 84 of the side rails 60. As a result, the cover 100 cannot be opened or removed without opening the tail gate 40. Consequently, by closing the cover 100 and locking the tail gate 40, the cargo box 34 is secured.

The cover 100 may be opened by opening the tail gate 40. This allows access to the release cable 190. Openings in the latch housing 188, to provide access to the release cable 190, are provided on both sides of the cover 100. Accordingly, the panels 102 may be released by pulling on the release cable 190 from either side of the cargo box 34. Pulling the release cable 190 withdraws the latch 182 from the latch channel 84 of each side rail 60. The panel 102 can then be flipped or folded up, as shown in dotted line in FIG. 1, and as shown in FIGS. 9-12. The first panel is pivoted or folded over onto the second panel, as shown in FIG. 9. The release cable 190 of the second panel is then pulled to release the latches 182 of the second panel. This allows the second panel, along with the first panel, to be folded over onto the third panel, as shown in FIG. 10, and with the same sequence used to release and fold the third panel onto the fourth panel, as shown in FIG. 11. All of the folded panels may then be folded into a substantially upright position, as shown in FIG. 12, to fully open the cover 100. A rubber bumper 194 may be provided on a bottom surface of the second panel 102, to provide a soft contact with the cab 32 when the cover 100 is fully opened, as shown in FIG. 12. The cover 100 is closed using a reverse sequence of steps. The back end of each panel 102 is dropped down, causing the latches 182 to momentarily slide inwardly as the angled surface 184 of the latch 182 passes over the inner support surface 72.

Referring to FIGS. 1, 4, and 5, the sides of the panels 102 may be supported by both the outer support surface 74 and the inner support surface 72 of the side rails 60. These surfaces may be located so that the cover 100 sits approximately flush with the box rail top surface 52, as shown in FIG. 5. The lip plate 64 of the side rail 60 necessarily projects slightly above the box rail top surface. The flap 136 of the side cover strip 130 may extend outwardly entirely over the lip plate 64 and down onto the box rail top section 52. This provides a streamlined design, helps to prevent water from leaking into the cargo box 34 and also provides an aesthetic appearance. Referring to FIG. 5, the top surface or top plate 122 of the core 108 is approximately at the same level as the box rail top section 52. The highest location on the entire cover assembly 20, i.e., the top section 134 of the side cover strip 130 may be positioned above the surface 52 by dimension D, which may be only a few millimeters.

Rainwater may penetrate under the side cover strip 130, or through other locations. Water which enters the space between the side rail 60 and the cover 100 will tend to run down and collect in the drain channel 76, as shown in FIG. 5. Water in the drain channel 76, in most cases, will run forward and drain out through the drain outlet and drain tube 82, due to the slight front to back inclination of the cargo box 34.

Referring to FIGS. 2 and 8, rainwater cannot pass through the liquid impenetrable core 108. Rainwater also cannot pen-

etrate through the hinge joints **104**, as the hinge strip **146** forms a water resistant barrier with the adjoining panels **102**. Accordingly, when the cover **100** is closed, as shown in FIGS. **1** and **2**, the contents of the cargo box **34** are secure and protected from rain. Referring to FIG. **4**, the cover **100** does not interfere with use of stake pockets **44**, since the stake pockets **44** are positioned to be outside of the side cover strips **130**. Since the cover **100** is supported by, and interacts only with the side rails **60**, the condition of the box rails **50** and dimensional precision of the box rails **50** of the cargo box **34** have little or no effect on operation of the cover **100**.

The cover assembly **20** provides a secure and weather-resistant cover, which is also light-weight. The cover assembly **20** as shown in the drawings weighs only about 40 pounds. Since the cover **100** is rigid when closed, it can also be used as a working or limited supporting surface. Noise and air turbulence associated with an open cargo box are eliminated, and vehicle fuel economy is improved by reducing drag. The cover **100** may be used separately from the side rails, in applications unrelated to a pick-up truck, such as for a canopy cover, or as a cover for a storage box, enclosure, freezer, etc.

As shown in FIGS. **4** and **5**, the cover **100** may be generally flush mounted with the top of the box rail **52**. The side rails **60** may be self aligning with the truck box **34**. With the cover **100** supported only on the side rails **60**, (and in this case not on the box itself) the entire cover assembly **20** may also be entirely self aligning. This avoids any need for time consuming or difficult aligning steps during installation. If the box **34** is tapered from end to end, the cover **100** may be similarly tapered. As shown in FIG. **4**, the side rails **60** and the flap **136** extend only slightly over the box side walls **38**, e.g., ¼ or ½ inch in this specific design. This leaves the stake pockets **44** open and available for use when the cover is installed on the truck **30**. The downward curvature of the flap **36**, as shown in FIGS. **4** and **5**, helps to seal the cover **100** to the box **34**, to better keep wind and rain out. The core **120** while shown as a honeycomb material may optionally be made as solid slab or block.

Referring to FIG. **5**, the clamp jaw **94** may have a surface **95** parallel to the ramp surface **78** of the side rail **60**. As a result, the surface **95** can act as a hard stop for the cover support section **70**. As shown in FIG. **12**, the cover **100** may open up to an angle AA, which can be greater than 90 degrees. This provides complete access to the box **34** when the cover is open. Cargo may be loaded to a position higher than the roof of the cab, without removing the cover **100**. As also shown in FIG. **12**, when open, the folded cover takes up very little length, for example 3%, or even less of the box space. Referring to FIG. **2**, a rigid lip **196** may be provided along the back end of the first section **102**, with the lip **196** resting on top of the tailgate **40** and cab wall. The lip **196** will prevent any sagging of the front and back ends of the cover **100**.

Referring to FIGS. **5** and **6**, if the cover **100** is made with a top plate **122** and a bottom plate **124** (as opposed to single slab, or a single plate design), the cover **100** will tend to bow up slightly under bright sunlight. The upward bowing may offset sagging. This results because the top plate **122** having direct sun exposure, will be heated more and undergo more thermal expansion, than the bottom plate. While the top plate **122** and the bottom plate **124** will generally be made of the same material, they can also be made of different materials, as desired, to account for thermal expansion or other factors.

Thus, a novel cover assembly has been shown and described. Various changes and substitutions may of course be made, without departing from the spirit and scope of the invention. The invention, therefore, should not be limited, except to the following claims and their equivalents.

The invention claimed is:

**1**. A cover assembly for a pick-up truck cargo box, comprising:

a first rail attachable to a first side of the cargo box;

a first latch channel in the first rail;

a second rail attachable to a second side of the cargo box;

a second latch channel in the second rail;

a cover attachable to the first and second rails, with the cover including:

a first panel;

a second panel;

a first resilient hinge strip connecting the first panel to the second panel and allowing the first panel to pivot relative to the second panel;

a third panel; and

a second resilient hinge strip connecting the second panel to the third panel and allowing the second panel to pivot relative to the third panel;

a slam latch assembly on a bottom surface of each of the panels, with substantially each slam latch assembly including first and second plungers urged outwardly by first and second springs into latching positions wherein the first and second plungers extend at least partially into the first and second latch channels, respectively, for latching the panels into engagement with the first and second rails;

a release mechanism associated with each slam latch assembly for releasing each panel from the first and second rails by moving the first and second plungers inwardly into release positions, wherein from the first and second plungers are withdrawn from the first and second latch channels; and

with movement of each panel into engagement with the first and second rails causing the first and second plungers to automatically move momentarily inwardly into the release positions, and then move outwardly into the latching positions.

**2**. The cover assembly of claim **1** with the first rail having a clamp plate and a lip plate at substantially a right angle to the clamp plate, and with a drain channel attached to the clamp plate.

**3**. The cover assembly of claim **1** with the first rail having an inner cover support surface spaced apart from an outer cover support surface, and with a drain opening between the inner and outer cover support surfaces.

**4**. The cover assembly of claim **2** with the first rail further comprising a latch channel joined to the drain channel.

**5**. The cover assembly of claim **1** wherein the first and second rails are substantially the same length as the cargo box.

**6**. The cover assembly of claim **1** wherein the first, second, third, and/or a fourth panel are substantially rectangular or tapered to match the shape of the cargo box.

**7**. The cover assembly of claim **1** wherein the first, second, and third panels each have a front, back, left and right edge, and with the first hinge strip attached to the front edge of the first panel and to the back edge of the second panel, and with the second hinge strip attached to the front edge of the second panel and to the back edge of the third panel, and further comprising a resilient left cover strip attached to the left edge of the first, second, and third panels, and a resilient right cover strip attached to the right edge of the first, second, and third panels, and with left cover strip extending over the first rail and with the right cover strip extending over the second rail.

**8**. The cover assembly of claim **1** wherein the first, second, and third panels each have a front, back, left and right edge, with substantially each panel comprising:

a honeycomb or synthetic core, a top sheet and a bottom sheet attached respectively to top and bottom surfaces of the core;
left and right side frames attached respectively to the left and right sides of the core;
front and rear frames attached respectively to the front and rear sides of the core;
with the first resilient hinge strip attached to the front frame of the first panel and to the rear frame of the second panel, and with the second resilient hinge strip attached to the front frame of the second panel and to the rear frame of the third panel; and
a left cover strip attached to the left side frame, and a right cover strip attached to the right side frame, of substantially each of the first, second and third panels.

**9**. The cover assembly of claim **1** with the first and second rails each having a panel support surface positioned to support the cover with a top surface of the cover substantially flush with an upper surface of the cargo box.

**10**. The cover assembly of claim **1** further comprising a support bar associated with the first hinge strip.

**11**. The cover assembly of claim **1** further comprising:
an extension plate on each of the rails;
a cab panel;
a first resilient hinge strip connecting the first panel to the cab panel and allowing the first panel to pivot relative to the cab panel; and
fasteners attaching the cab panel to the extension plate on each of the rails.

**12**. The cover assembly of claim **11** further comprising a compression spring element attached to the first rail and to the third panel.

**13**. The cover assembly of claim **1** wherein the first resilient hinge strip is seamless.

**14**. The cover assembly of claim **8** wherein the top sheet will expand when heated to create an upward bowing effect.

**15**. The cover assembly of claim **8** wherein the side frames comprise extrusions, and wherein the frames are attached to the core by adhesion, without use of through fasteners.

**16**. A cover assembly for a pick-up truck cargo box having first and second box rails, comprising:
a cover including:
a first panel;
a second panel;
a first resilient hinge strip connecting the first panel to the second panel and allowing the first panel to pivot relative to the second panel;
a third panel; and
a second resilient hinge strip connecting the second panel to the third panel and allowing the second panel to pivot relative to the third panel;
first and second side rails, with each side rail having:
a clamp plate;
a lip plate adjacent an upper end of a first side of the clamp plate;
a panel support extending from a second side of the clamp plate, opposite from the first side;
the lip plate of the first and second side rails supported on a top surface of the first and second box rails, respectively;
the panel support of the first and second rails positioned by a dimension below the box rails substantially equal to the thickness of the cover, and the panel supports of the first and second side rails supporting the cover with a top surface of the cover substantially flush with the top surface of the box rails.

**17**. A cover for a pick-up truck cargo box, comprising:
first, second and third panels;
a first spacer bar between the first and second panels;
a second spacer bar between the second and third panels;
a first panel connector pivotally connecting the first panel to the first spacer bar and pivotally connecting the first spacer bar to the second panel;
a second panel connector pivotally connecting the second panel to the second spacer bar and pivotally connecting the second spacer bar to the third panel;
with the first spacer bar having a width less than the width of the first panel and the second panel;
and with the second spacer bar having a width less than the width of the second panel and the third panel, and the width of the second spacer bar greater than the width of the first spacer bar;
a fourth non-foldable panel fixed in place in the cargo box adjacent to a front end of the cargo box, with the third panel pivotally connected to the fourth panel, and with the fourth panel having a width less than the first, second or third panels, and first, second and third panels foldable relative to each other and to the fourth panel, to open and close the cover;
left and right side slam latches on the first, second and third panels, respectively, for latching the panels in place by slamming the panels down; and
a slam latch release mechanism entirely on a bottom surface of each of the first, second and third panels and linked to and operating both the left and right side slam latches on the panels.

**18**. A cover for a pick-up truck cargo box comprising:
a cab panel fixed in place on the cargo box adjacent to a cab of the pick-up truck;
a first panel;
second panel;
a third panel;
a first resilient panel connector connecting the first panel to the second panel and allowing the first panel to pivot relative to the second panel;
a second resilient panel connector connecting the second panel to the third panel and allowing the second panel to pivot relative to the third panel;
a third resilient panel connector connecting the third panel to the cab panel;
with the first panel foldable over onto the second panel, and with the first and second panels together foldable over onto the third panel, with the first, second and third panels substantially parallel to each other, and with the first, second and third panels together foldable through an obtuse angle past an upright position relative to the cab; and
one or more resilient elements on a bottom surface of the second panel and adapted to rest against the cab of the pick-up truck.

**19**. The cover of claim **18** with the pick-up truck cargo box having left and right side box rails, and with multiple spaced apart stake pocket openings in the left and right side box rails, and with the stake pocket openings remaining unobstructed by the cover, with the cover in the folded or in the unfolded position.

**20**. The cover of claim **19** further comprising:
a left side cover rail attached to the left side box rail;
a right side cover rail attached to the right side box rail;
a latch assembly on a bottom surface of each of the first, second and third panels that automatically latches the panel into the left and right side cover rails, as the panel moves down onto the side cover rails.

**21**. The cover of claim **18** with the third panel having a width less than or equal to the width of the second panel, which prevents any pivoting movement of the second panel about the second resilient panel connector, when the cover is folded up past the upright position.

**22**. The cover of claim **18** with each of the panels comprising a composite structure having a core between top and bottom skin layers.

**23**. The cover of claim **19** with the top surfaces of the panels substantially flush with the box rails.

**24**. The cover of claim **18** with each of the panels comprising a rectangular prism, and with all of the panels having substantially equal thickness.

**25**. A cover for a pick-up truck cargo box having left and right side box rails, and with multiple spaced apart stake pocket openings in the left and right side box rails, comprising:

a left side cover rail attached to the left side box rail;

a right side cover rail attached to the right side box rail;

a first panel, a second panel, and a third panel;

a latch and release assembly on a bottom surface of each of the first, second and third panels that automatically latches the panel into the left and right side cover rails via movement of the panels towards the side cover rails;

a first resilient connector pivotally connecting the first panel to the second panel;

a second resilient connector pivotally connecting the second panel to the third panel;

a cab panel fixed in place within the cargo box, at a front end of the cargo box;

a third resilient connector connecting the third panel to the cab panel;

the first, second, third and cab panels unfolded covering substantially the entire cargo box, but not the stake pocket openings; and

the first panel foldable over onto the second panel, and with the first and second panels together foldable over onto the third panel, with the first, second and third panels substantially parallel to each other, and with the first, second and third panels together foldable through or past an upright position relative to the cab panel, and leaving only the cab panel covering the cargo box.

**26**. The cover of claim **25** further comprising one or more resilient elements on a bottom surface of the second panel and adapted to rest against the cab of the pick-up truck.

* * * * *

# EXHIBIT B

US008061758B2

(12) **United States Patent**
**Maimin et al.**

(10) **Patent No.: US 8,061,758 B2**
(45) **Date of Patent: Nov. 22, 2011**

(54) **PICK-UP TRUCK BOX COVER**

(76) Inventors: **Israel Maimin**, San Fernando, CA (US); **Julian Maimin**, San Fernando, CA (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **12/471,880**

(22) Filed: **May 26, 2009**

(65) **Prior Publication Data**

US 2009/0278377 A1 Nov. 12, 2009

**Related U.S. Application Data**

(63) Continuation of application No. 11/537,403, filed on Sep. 26, 2006, now Pat. No. 7,537,264.

(51) **Int. Cl.**
***B60P 7/02*** (2006.01)

(52) **U.S. Cl.** ............. **296/100.09**; 296/37.6; 296/136.03

(58) **Field of Classification Search** ................ 296/37.6, 296/37.1, 24.3, 136.01, 136.03, 136.04, 136.05, 296/136.06, 100.03, 100.04, 100.05, 100.09, 296/37.16
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,216,990 A 8/1980 Musgrove et al.
4,313,636 A 2/1982 Deeds
5,074,188 A 12/1991 Harris
5,427,428 A * 6/1995 Ericson et al. ................. 296/98
5,636,893 A * 6/1997 Wheatley et al. ........ 296/100.07
5,795,011 A 8/1998 Flentge
D403,292 S 12/1998 Bogard
5,857,729 A 1/1999 Bogard
6,076,881 A 6/2000 Tucker
6,082,806 A 7/2000 Bogard
6,126,225 A 10/2000 Griffin
6,217,102 B1 4/2001 Lathers
6,340,194 B1 1/2002 Muirhead et al.
6,422,635 B1 * 7/2002 Steffens et al. ........... 296/100.09
6,565,141 B1 5/2003 Steffens et al.
6,899,372 B1 5/2005 Keller
7,021,693 B2 4/2006 Keller
7,066,523 B2 6/2006 Verduci et al.
2004/0245799 A1 12/2004 Rusu

OTHER PUBLICATIONS

Hard Lid Tonneau, Extang, Solid Fold, http://extang.com/docs/solidfold.html.*

* cited by examiner

*Primary Examiner* — Glenn Dayoan
*Assistant Examiner* — Melissa A Black
(74) *Attorney, Agent, or Firm* — Kenneth H. Ohriner; Perkins Coie LLP

(57) **ABSTRACT**

A cover assembly for a pick-up truck cargo box includes first and second rails attachable at the sides of the box. A cover has a first resilient hinge strip connecting a first panel to a second panel and allowing the first panel to pivot relative to the second panel. A third panel is attached to the second panel by a second resilient hinge strip, which allows the second panel to pivot relative to the third panel. The panels are supported on the rails. Latches on the panels hold the panels onto the rails. The cover may be opened by sequentially releasing the latches and folding the panels over onto each other.

**4 Claims, 13 Drawing Sheets**






*FIG. 1*



40
HJ
W
38
50
106
192
102
102
102
102
86
32
110
FP
112
CL
L
196
104A
104C
104B
104D
8
8
5
5
60
36
104A
104B
100
104C
192
86
42


FIG. 2



102
108
122
120
124
134
128
136
130
100
64
72
132
86
137
76
78
66
74
60
62
68


FIG. 3




*FIG. 4*



D
66
64
130
132
128
84
122
120
108
52
73
50
54
62
72
78
74
60
70
76
38
56
92
95
80
90
96
94
20
82


*FIG. 5*




*FIG. 6*




*FIG. 7*




*FIG. 8*




FIG. 9




FIG. 10




*FIG. 11*




FIG. 12




*FIG. 13*

# PICK-UP TRUCK BOX COVER

This application is a Continuation of U.S. patent application Ser. No. 11/537,403, filed Sep. 29, 2006 now U.S. Pat. No. 7,537,264, and incorporated herein by reference.

## BACKGROUND

Pick-up trucks are one of the most popular and versatile vehicles in use today. Pick-up trucks typically have an enclosed cab and an open cargo box in the rear of the truck. The open cargo box allows all types of things to be quickly and easily loaded, carried and unloaded. Despite this versatility, the open cargo box has multiple significant disadvantages. First, with the box tailgate closed, the box creates significant air turbulence and drag on the truck, especially at high speeds. This reduces the fuel efficiency of the vehicle and may also add to the noise level within the cab. Another disadvantage is the complete lack of security. Anything in an open box can be quickly and easily stolen. The open cargo box also leaves the contents of the box exposed to the weather.

Various types of box covers have been proposed to overcome these problems. In a primitive form, a box cover may simply be a piece of canvas or vinyl fitted over the top of the box and tied down to the truck. More sophisticated covers made of metal, fiberglass, and plastic have also been used. Still, various disadvantages remain. Many covers leak, allowing rain to enter the box where it can damage the contents of the box, or increase corrosion of the box itself. Other covers may be time consuming and difficult to install. Some covers tend to permanently fully or partially close off areas of the cargo box, or make it very difficult to reach into a front or rear end of the box. Accordingly, an improved pick-up truck cargo box cover is needed.

## SUMMARY

An improved pick-up truck cargo box cover has now been invented solving multiple problems associated with existing covers. This new cargo box cover is easy to install. It is also highly resistant to water penetration, so that the contents of the box stay dry when covered. This new cover also provides a secure barrier to protect the contents of the box from theft, vandalism, or from falling out of the box during a rough ride. The present cover is also lightweight, yet also durable, strong and rigid. Accordingly, it is able to reduce drag and improve fuel economy.

In one aspect, a cover assembly for a pick-up truck cargo box includes first and second side rails which attach to the sides and/or top of the cargo box. A foldable cover is attachable to the first and second rails. The cover may include a first hinge strip connecting a first panel to a second panel and allowing the first panel to pivot or fold relative to the second panel. Typically, a third panel is also included and is similarly attached to the second panel by a second hinge strip allowing the second panel to pivot relative to the third panel. A releasable latch system may be used to hold one or more of the panels onto the rails. The cover may accordingly be quickly and secured deployed on or over the box, and also partially or fully folded up to allow access to any section of the cargo box. Other elements and advantages will become apparent from the following detailed description. A single embodiment is shown and described as one example of how the invention may be made and used, with various other examples also being possible. The invention resides as well in subcombinations of the elements described.

## BRIEF DESCRIPTION OF THE DRAWINGS

In the drawings, wherein the same reference number indicates the same element in each of the views:

FIG. **1** is a perspective view of the novel cover installed on a pick-up truck.

FIG. **2** is a plan view of the cover and pick-up truck box shown in FIG. **1**.

FIG. **3** is an exploded perspective view of components of the cover assembly shown in FIGS. **1** and **2**.

FIG. **4** is a perspective section view showing an example of an installation of the cover assembly shown in FIGS. **1-3**.

FIG. **5** is a section view taken along line **5-5** of FIG. **2**.

FIG. **6** is an exploded perspective view of a panel of the cover shown in FIGS. **1-5**.

FIG. **7** is a perspective view of the core end frames and hinge strip shown in FIG. **6**.

FIG. **8** is a section view taken along line **8-8** of FIG. **2**.

FIG. **9** is a side view of the cover assembly shown in FIGS. **1** and **2**, with the first panel folding over onto the second panel of the cover.

FIG. **10** is a side view similar to FIG. **9** and showing the first and second panels folding over onto the third panel of the cover.

FIG. **11** is a similar side view showing the first, second, and third panels folding over onto a fourth panel of the cover.

FIG. **12** is a similar side view showing the cover fully folded or open.

FIG. **13** is a perspective view of the cover as shown in FIG. **12**.

## DETAILED DESCRIPTION OF THE DRAWINGS

Turning now in detail to the drawings, a novel cover assembly generally designated as **20** is installed on a cargo box **34** of a pick-up truck **30**. The cargo box **34** is typically rectangular, and is formed between left and right box side walls **38**, a tail gate **40** at the back of the truck **30**, and a front or cab wall **42** at the front of the box **34**, adjacent to the cab **32** of the truck **30**. The cargo box **34** generally also has a floor **36**, shown in FIG. **2**, which may be continuous with the box side walls **38** and/or the cab wall **42**.

As shown in FIG. **4**, the cargo box **34** typically has left and right box rails **50**, with a generally flat and horizontal top section **52** and a generally flat vertical side section **54** forming the box rail **50**. The lower edge of the side section **54** may have a rolled in end **56**. Stake pockets or openings **44** may be provided on some cargo boxes **34** through the top section **56** of the box rail **50**, adjacent to where the top section **52** joins into the box side wall **38**. FIGS. **4** and **5** show a cargo box **34** for a typical pick-up truck **30**. Of course, the cover assembly **20** may also be used with various other types of cargo boxes, FIGS. **4** and **5** showing one example.

Referring now to FIGS. **3**, **4**, and **5**, the cover assembly **20** includes a cover generally indicated as **100**, and left and right side rails **60**. The cover assembly **20** may be provided as a kit including the cover **100**, the left and right side rails **60**, along with clamps **90**, and optionally also including shims. The cover **100** may also be used separately from the side rails **60** and clamps **90**, in other applications.

FIGS. **3-5** show the right side rail **60** installed to the inside of the right side of the cargo box **34**. The left side rail and other components shown in FIGS. **3-5**, on the left side of the cargo box are mirror images of the right side. As shown in FIGS. **3**, **4**, and **5**, the side rail **60** has a clamp plate **62** which is typically substantially vertical when the side rail **60** is installed on a cargo box **34**, as shown in FIGS. **4** and **5**. A lip plate **64**

extends outwardly, generally at a right angle, from the clamp plate **62**. A lip **66** may be provided on the lip plate **64**, with the lip **66** resting on the top section **52** of the box rail **50**, leaving the lip plate **64** spaced apart slightly from the box rail top section **52**. A lower end of the clamp plate **62** may have a grooved or roughened surface **68**, so that the side rail **60** can be more securely held in place by the clamps **90**.

Referring to FIG. **5**, a cover support section **70** of the side rail **60** extends inwardly from the clamp plate **62**. The cover support section **70**, in the specific design shown, may have an outer support surface **74** spaced apart from an inner support surface **72** by a drain opening **75**, shown in FIG. **4**. The cover support section **70** may have a ramp surface **78** extending downwardly at an angle from the drain opening **75** to a drain channel **76**, as shown in FIG. **5**. A drain outlet **80** and a drain tube **82** may be provided adjacent to a front or rear end of the side rail **60**. Generally, the drain outlet **80** and drain tube **82** are provided adjacent to the front end of the side rail **60**, since most cargo boxes **34** tend to be lower at the front and higher at the back. The cover support section **70** of the side rail **60** may also have a latch channel **84**, as shown in FIG. **5**. Referring momentarily to FIG. **3**, each side rail **60** may have an extension plate **86** at the front end of the side rail.

Referring once again to FIGS. **4** and **5**, on each side of the cargo box **34**, the side rail **60** is attached to the box rail **50**. The side rail **60** may be attached in various different ways including clamping, bolting, riveting, adhering, welding, mechanical fittings, etc. In the design shown, the side rail **60** is clamped to the side section **54** of the box rail **50** via clamps **90**. The claim **90** shown in FIG. **5** has an outer jaw **92** and an inner jaw **94** connected by a clamp bolt **96**. Tightening the clamp bolt **96** brings the jaws **92** and **94** together, securing the clamp plate **62** of the side rail **60** to the side section **54** of the box rail **50**. One or more clamps **90** may be used on each side. In the design shown, typically three clamps **90** are used on each side of the cargo box **34**. The rail may be designed to conform with the clamp shape in order to eliminate any sagging of the rails.

Turning now to FIGS. **2** and **9-11**, the cover **100** includes two, three, four, five, or more sections or panels **102** connected by hinge joints **104**. The hinge joints **104** allow the panels **102** to fold onto each other, to open the cover **100**, as shown in FIGS. **9-11**. In FIG. **2**, first, second, third and fourth hinge joints **104A**, **104B**, **104C** and **104D** are shown. The first and fourth hinge joints **104A** and **104D** may have the same design, for example as shown in FIG. **8**. The second and third hinge joints **104B** and **104C** are similar but include a spacer bar **110** and **112**, respectively, as shown in FIGS. **2** and **9-13**. The spacer bars **110** and **112** are dimensioned to allow the panels to fold flat onto each other, without stressing the hinge joints, as specifically shown in FIG. **13**. When the cover is closed, the spacer bars **110** and **112** may also help to strengthen the cover. The panels **102** are typically rectangular, although square panels may also be used. While the cover **100** is especially useful for covering a cargo box **34** of a pick-up truck **30**, it may also be used in other ways. Accordingly, the panels **102** may also have other shapes, besides rectangular or square. The joints **104** may optionally be made without any screws or other fasteners requiring through holes.

The panels **102** shown in FIGS. **2** and **9-11** have a width W to length L ratio of about 1:3, although other ratios ranging from 1:1 to about 1:4, 5, 6, or 8 may also be used. The hinge joints **104** are typically much narrower than the panels **102**, with the ratio of the width HJ of the hinge joint **104** to the width W of a panel **102** typically about 1:6 and normally ranging from about 1:4 to 1:8, 10 or higher. The panel **102** closest to the front of the cargo box **34**, labeled FP in FIG. **2**, may be attached to a relatively narrow cab panel **106**, with the cab panel **106** attached to the extension plates **86**. Referring momentarily to FIG. **12**, the narrow cab panel **106** allows the cover **100** to be folded virtually entirely off of the cargo box **34**, so that virtually all areas of the cargo box **34** are easily accessible when the cover **100** is opened.

The panels **102** may be provided as solid or hollow plates or slabs of various materials or they may be composite structures. In the design shown in FIGS. **3-5**, a panel **102** has a core section **108** with a side channel **128** attached to the left and right sides of the core. A side cover strip **130** is attached to the side channel **128**. Alternatively, if no side channel **128** is used, the side cover strip **130** may be attached directly to the core **108**. The side cover strip **130** may be provided as a strip of a resilient material, such as rubber, having a top section **134**, and a first tapered flap **136**, and a second tapered flap **137** as shown in FIG. **3**. The second tapered flap **137** seals down onto the top of the rail of the truck bed, to help seal out water. A rubber strip **73** is attached to the rail **72** to prevent metal to metal contact between the panels and rails.

Referring still to FIG. **3**, the core **108** may optionally be formed as a composite structure, for example, a honeycomb core **120** sandwiched between a top sheet or plate **122** and a bottom sheet or plate **124** both adhered or otherwise attached to the honeycomb or other material **120**. The top and bottom plates **122** and **124** may be a plastic material, such as ABS. This composite design provides a lightweight yet strong and rigid structure. The side channel **128**, if used, may be a simple metal channel section adhered to the core **108**. The side cover strip **130** may be attached to the side channel **128** or the core **108** using adhesives or a double-sided tape. The side cover strip **130** may be provided as a continuous single strip attached to each of the panels **102**, with the side cover strip **130** sufficiently flexible so that it can fold back over on itself as the panels **102** are folded to open the cover **100**, as shown in FIGS. **9-11**. Alternatively, the side cover strip **130** may be provided as individual segments separately attached to each panel **102**, with a gap between the segments on adjacent panels. Double sided tape **132** may be used to secure the strip **130** to the channel **128**, as shown in FIG. **5**.

Turning now to FIG. **6**, adjacent panels **102** are connected to each other by the hinge joints **104** which include a hinge strip **146**, typically made of rubber or other resilient or flexible material. The hinge strip **146** may be attached to adjacent panels **102** in various different ways. In the example shown in FIG. **6**, the hinge strip **146** has first and second fittings or attachment features **150** and **152**, in this case formed as T-sections. The core **108** of adjacent panels **102** have corresponding features or arms **144** for attaching with the fittings **150** and **152** on the hinge strip **146**. The features or arms **144** may optionally be provided on a front/rear or lateral frame **140** attached to a front or rear edge of the core **108** of adjacent panels **102**. In the example shown in FIG. **6**, the lateral frame **140** may be provided as a metal extrusion having a slot **142** between the arms **144**, with the slot **142** dimensioned to slide over and interlock with the fittings **152** and **154** on the hinge strip **146**. The fittings **150** and **152** may be spaced apart by a flat or web section **154** of the hinge strip **146**, as shown in FIGS. **6-8**. As shown in FIG. **8**, the backing bars may be dimensioned so that with the joint **104** in the closed (unfolded) position shown in solid lines in FIG. **8**, the rubber or other elastomeric material of the hinge strip is optionally slightly compressed. This compression can help to seal the joint **104**.

Referring to FIGS. **6** and **8**, first and second hinge joint backing bars **160** and **162** may be used to stiffen and strengthen the hinge joints **104**. The first backing bar **160** may be attached to the core **108** or lateral frame **140** using fasten-

ers **164**. The backing bars **160** and **162** may be interlocking with each other, i.e., having features that engage each other. Alternatively, the backing bar **160** or **162** may be bonded or adhered to a bottom surface of the hinge strip **146**. In many applications, the backing bars **160** and **162** may be entirely omitted.

As shown in FIG. **12**, a compression spring element, such as an air cylinder **170**, is attached to the back end of the front panel FP. Typically, the lower end of the spring **170** may be attached to a fitting **172** adjacent a front end of the side rail **60**, with the upper end of the spring **170** attached to a mounting plate **174** on a bottom surface of the front panel FP. The spring element **170** holds the folded cover **100** in an over center position, as shown in FIG. **12**.

Referring to FIG. **13**, a slam latch assembly **180** is generally provided along the back edge of each panel **102**. The slam latch assembly **180** is used to hold or lock the panels **102** down in a closed position as shown in FIG. **2**. Various forms of latch assembly **180** may be used. In the example shown in FIG. **12**, the latch assembly **180** has a latch or plunger **182** held within a latch housing **188** and pushed outwardly into the latch channel **84**, shown in FIG. **4**, by a spring element **186**. The latch **182** may optionally have an angled lower surface **184**, to better guide the latch **182** into the latch channel **84**, or other recess. A release mechanism, such as a cable, chain, bar, linkage, etc. **190**, is connected to the slam latches **182** to release them, in this case by pulling on the cable **190**, to allow a panel **102** to be opened. As shown in FIG. **13**, the release mechanism **190** may be accessible at a central location, or at locations along both sides of the cover **100**. This allows the panels to be released from either side of the truck.

In general, the cover assembly **20** is symmetrical about its center line CL shown in FIG. **2**. Accordingly, the description of components or elements described above applies to both the left and right sides of the cover assembly **20**.

The cover **100** and side rails **60** may be manufactured to fit the specific dimensions of a cargo box **34** of a specific pick-up truck **30**. For most cargo boxes **34**, the cover **100** has four panels **102**, as shown in FIG. **2**. However, for shorter cargo boxes **34**, three panels or more **102** may be used, while a cover **100** for use on a longer cargo box **34** may have four or more panels **102**. Of course, the width W of the panels **102** may be varied, and the number of panels **102** used may also be varied, to meet specific needs.

The cover **100** and the side rail **60** may be provided in a kit made for a specific cargo box **34** of a specific pick-up truck **30**. The clamps **90** and shims may also be included in the kit. Referring to FIG. **5**, in some cargo boxes **34**, the box rail side section **54** may not be vertical, or it may recesses tending to interfere with the clamps. In this case, shims may be used between the side section **54** and the clamp plate **62** of the side rail **60**, so that the side rails **60** are properly positioned. In the example shown in FIG. **5**, the box rail side section **54** is vertical, so that no shims are needed. To install the cover assembly **20**, shims, if any are needed, are placed on the box rail side section **54**. The side rail **60** is then placed onto the box rail **50**, on each side of the cargo box **34**. The front end of each side rail **60** is positioned all the way forward on the cargo box **34**, with the front end of the side rail **60** in contact with, or closely adjacent to, the cab wall **42** or front end of the cargo box **34**. The clamps **90** are then installed to securely attach each side rail **60** to the box rails **50** of the cargo box **34**. The cover **100** is then placed onto the side rails **60**, with the cover **100** all the way forward on the cargo box **34**.

The cab panel **106**, if used, is closely adjacent to, or in contact with, the cab wall **42** or front end of the cargo box **34**. The cover **100** is then unfolded, as shown in FIG. **2**, to confirm that the cover **100** properly fits onto the side rails **60** and the cargo box **34**. Holes are drilled through the cab panel **106** and through the extension plates **86**. The cab panel **106** is then attached to the extension plates **86** using mounting bolts **192**, and using spacers and washers. The drain tube **82** is routed through an opening in the cab wall **42**, or an opening is made in the cab wall or floor for the drain tube. The front end of the side rail **60** is typically closed off with a cap, so that water collecting in the side rail runs out via the drain tube **82**. Some trucks have existing drainage holes which can be used.

Referring to FIG. **1**, with the cover assembly **20** installed and the tail gate **40** up, the cargo box **34** is entirely covered. The latch assemblies **180** secure the panels **102** to the latch channels **84** of the side rails **60**. As a result, the cover **100** cannot be opened or removed without opening the tail gate **40**. Consequently, by closing the cover **100** and locking the tail gate **40**, the cargo box **34** is secured.

The cover **100** may be opened by opening the tail gate **40**. This allows access to the release cable **190**. Openings in the latch housing **188**, to provide access to the release cable **190**, are provided on both sides of the cover **100**. Accordingly, the panels **102** may be released by pulling on the release cable **190** from either side of the cargo box **34**. Pulling the release cable **190** withdraws the latch **182** from the latch channel **84** of each side rail **60**. The panel **102** can then be flipped or folded up, as shown in dotted line in FIG. **1**, and as shown in FIGS. **9-12**. The first panel is pivoted or folded over onto the second panel, as shown in FIG. **9**. The release cable **190** of the second panel is then pulled to release the latches **182** of the second panel. This allows the second panel, along with the first panel, to be folded over onto the third panel, as shown in FIG. **10**, and with the same sequence used to release and fold the third panel onto the fourth panel, as shown in FIG. **11**. All of the folded panels may then be folded into a substantially upright position, as shown in FIG. **12**, to fully open the cover **100**. A rubber bumper **194** may be provided on a bottom surface of the second panel **102**, to provide a soft contact with the cab **32** when the cover **100** is fully opened, as shown in FIG. **12**. The cover **100** is closed using a reverse sequence of steps. The back end of each panel **102** is dropped down, causing the latches **182** to momentarily slide inwardly as the angled surface **184** of the latch **182** passes over the inner support surface **72**.

Referring to FIGS. **1**, **4**, and **5**, the sides of the panels **102** may be supported by both the outer support surface **74** and the inner support surface **72** of the side rails **60**. These surfaces may be located so that the cover **100** sits approximately flush with the box rail top surface **52**, as shown in FIG. **5**. The lip plate **64** of the side rail **60** necessarily projects slightly above the box rail top surface. The flap **136** of the side cover strip **130** may extend outwardly entirely over the lip plate **64** and down onto the box rail top section **52**. This provides a streamlined design, helps to prevent water from leaking into the cargo box **34** and also provides an aesthetic appearance. Referring to FIG. **5**, the top surface or top plate **122** of the core **108** is approximately at the same level as the box rail top section **52**. The highest location on the entire cover assembly **20**, i.e., the top section **134** of the side cover strip **130** may be positioned above the surface **52** by dimension D, which may be only a few millimeters.

Rainwater may penetrate under the side cover strip **130**, or through other locations. Water which enters the space between the side rail **60** and the cover **100** will tend to run down and collect in the drain channel **76**, as shown in FIG. **5**. Water in the drain channel **76**, in most cases, will run forward and drain out through the drain outlet and drain tube **82**, due to the slight front to back inclination of the cargo box **34**.

Referring to FIGS. **2** and **8**, rainwater cannot pass through the liquid impenetrable core **108**. Rainwater also cannot penetrate through the hinge joints **104**, as the hinge strip **146** forms a water resistant barrier with the adjoining panels **102**. Accordingly, when the cover **100** is closed, as shown in FIGS. **1** and **2**, the contents of the cargo box **34** are secure and protected from rain. Referring to FIG. **4**, the cover **100** does not interfere with use of stake pockets **44**, since the stake pockets **44** are positioned to be outside of the side cover strips **130**. Since the cover **100** is supported by, and interacts only with the side rails **60**, the condition of the box rails **50** and dimensional precision of the box rails **50** of the cargo box **34** have little or no effect on operation of the cover **100**.

The cover assembly **20** provides a secure and weather-resistant cover, which is also light-weight. The cover assembly **20** as shown in the drawings weighs only about 40 pounds. Since the cover **100** is rigid when closed, it can also be used as a working or limited supporting surface. Noise and air turbulence associated with an open cargo box are eliminated, and vehicle fuel economy is improved by reducing drag. The cover **100** may be used separately from the side rails, in applications unrelated to a pick-up truck, such as for a canopy cover, or as a cover for a storage box, enclosure, freezer, etc.

As shown in FIGS. **4** and **5**, the cover **100** may be generally flush mounted with the top of the box rail **52**. The side rails **60** may be self aligning with the truck box **34**. With the cover **100** supported only on the side rails **60**, (and in this case not on the box itself the entire cover assembly **20** may also be entirely self aligning. This avoids any need for time consuming or difficult aligning steps during installation. If the box **34** is tapered from end to end, the cover **100** may be similarly tapered. As shown in FIG. **4**, the side rails **60** and the flap **136** extend only slightly over the box side walls **38**, e.g., ¼ or ½ inch in this specific design. This leaves the stake pockets **44** open and available for use when the cover is installed on the truck **30**. The downward curvature of the flap **36**, as shown in FIGS. **4** and **5**, helps to seal the cover **100** to the box **34**, to better keep wind and rain out. The core **120** while shown as a honeycomb material may optionally be made as solid slab or block.

Referring to FIG. **5**, the clamp jaw **94** may have a surface **95** parallel to the ramp surface **78** of the side rail **60**. As a result, the surface **95** can act as a hard stop for the cover support section **70**. As shown in FIG. **12**, the cover **100** may open up to an angle AA, which can be greater than 90 degrees. This provides complete access to the box **34** when the cover is open. Cargo may be loaded to a position higher than the roof of the cab, without removing the cover **100**. As also shown in FIG. **12**, when open, the folded cover takes up very little length, for example 3%, or even less of the box space. Referring to FIG. **2**, a rigid lip **196** may be provided along the back end of the first section **102**, with the lip **196** resting on top of the tailgate **40** and cab wall. The lip **196** will prevent any sagging of the front and back ends of the cover **100**.

Referring to FIGS. **5** and **6**, if the cover **100** is made with a top plate **122** and a bottom plate **124** (as opposed to single slab, or a single plate design), the cover **100** will tend to bow up slightly under bright sunlight. The upward bowing may offset sagging. This results because the top plate **122** having direct sun exposure, will be heated more and undergo more thermal expansion, than the bottom plate. While the top plate **122** and the bottom plate **124** will generally be made of the same material, they can also be made of different materials, as desired, to account for thermal expansion or other factors.

Thus, a novel cover assembly has been shown and described. Various changes and substitutions may of course be made, without departing from the spirit and scope of the invention. The invention, therefore, should not be limited, except to the following claims and their equivalents.

The invention claimed is:

**1**. A cover for a pick-up truck cargo box, comprising:

a first panel and a second panel;

a first lateral member attached to the front lateral edge of the first panel;

a second lateral member attached to a back lateral edge of the second panel;

a first spacer bar, and with the first lateral member including an interlocking element interlocked with the first spacer bar;

a first hinge joint pivotally attaching the first lateral member to a back side of the first spacer bar;

a second hinge joint pivotally attaching a front side of the first spacer bar to the second lateral member;

a first resilient seal compressed between the first spacer bar and at least one of the first and second lateral members, when the cover is in an unfolded position;

a third panel;

a third lateral member attached to a back lateral edge of the third panel;

a second spacer bar;

a third hinge joint pivotally attaching the third lateral member to a front side of the second spacer bar;

a second resilient seal compressed between the second spacer bar and at least one of the second and third lateral members, when the cover is in an unfolded position; and

with the second spacer bar having a width greater than the first spacer bar and less than the width of the second panel and of the third panel, and the width of the second spacer bar selected to allow the second panel to fold over substantially flat onto the third panel, with a top surface of the first panel facing a top surface of the second panel and with a bottom surface of the first panel facing a top surface of the third panel.

**2**. A cover for a pick-up truck cargo box, comprising:

a first panel, a second panel, and a third panel, with each panel having a core material between top and bottom plates;

a first lateral member attached to the front lateral edge of the first panel;

a first spacer bar, with the first lateral frame member including a first interlocking element interlocked with a back lateral edge of the first spacer bar and with first panel pivotally attached to the first spacer bar;

a second lateral member attached to a back lateral edge of the second panel, with the second lateral member including a second interlocking element interlocked with a front lateral edge of the first spacer bar;

a second spacer bar;

a third lateral member attached to a front lateral edge of the second panel, with the third lateral member including a third interlocking element interlocked with a back lateral edge of the second spacer bar;

a fourth lateral member attached to a back lateral edge of the third panel, with the fourth lateral member including a fourth interlocking element interlocked with front lateral edge of the second spacer bar;

with the second spacer bar having a width greater than the first spacer bar and less than the width of the second panel and of the third panel, and the width of the second spacer bar selected to allow the second panel to fold over onto the third panel, with a top surface of the first panel facing and substantially parallel to a top surface of the

second panel and with a bottom surface of the first panel facing and substantially parallel to a top surface of the third panel.

**3**. The cover of claim **2** further comprising a first resilient seal strip compressed between the first spacer bar and the first panel when the cover is in an unfolded position, and a second resilient seal strip compressed between the first spacer bar and the second panel, when the cover is in the unfolded position.



**4**. The cover of claim **2** with the first, second and third panels each having left and right side longitudinal side members attached to the left and right sides, respectively, of the panels, and with a resilient strip attached to each of the longitudinal side members.

* * * * *

# EXHIBIT C

US008182021B2

(12) **United States Patent**
**Maimin et al.**

(10) **Patent No.: US 8,182,021 B2**
(45) **Date of Patent: May 22, 2012**

(54) **PICK-UP TRUCK BOX COVER**

(76) Inventors: **Israel Maimin**, San Fernando, CA (US); **Julian Maimin**, San Fernando, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **13/227,373**

(22) Filed: **Sep. 7, 2011**

(65) **Prior Publication Data**

US 2011/0316303 A1 Dec. 29, 2011

**Related U.S. Application Data**

(63) Continuation of application No. 12/471,880, filed on May 26, 2009, which is a continuation of application No. 11/537,403, filed on Sep. 29, 2006, now Pat. No. 7,537,264.

(51) **Int. Cl.**
***B60R 9/06*** (2006.01)

(52) **U.S. Cl.** .............. **296/100.09**; 296/37.6; 296/136.06

(58) **Field of Classification Search** ............ 296/100.06–100.09, 136.03, 136.04, 136.06, 37.1, 37.6
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,216,990 A | 8/1980 | Musgrove et al. | |
| 4,313,636 A | 2/1982 | Deeds | |
| 5,074,188 A | 12/1991 | Harris | |
| 5,427,428 A | 6/1995 | Ericson et al. | |
| 5,636,893 A | 6/1997 | Wheatley et al. | |
| 5,795,011 A | 8/1998 | Flentge | |
| D403,292 S | 12/1998 | Bogard | |
| 5,857,729 A | 1/1999 | Bogard | |
| 6,076,881 A | 6/2000 | Tucker | |
| 6,082,806 A | 7/2000 | Bogard | |
| 6,126,225 A | 10/2000 | Griffin | |
| 6,217,102 B1 | 4/2001 | Lathers | |
| 6,340,194 B1 | 1/2002 | Muirhead et al. | |
| 6,422,635 B1 | 7/2002 | Steffens et al. | |
| 6,454,337 B2 * | 9/2002 | Steffens et al. | 296/43 |
| 6,565,141 B1 | 5/2003 | Steffens et al. | |
| 6,827,389 B1 * | 12/2004 | Pandorf | 296/100.02 |
| 6,899,372 B1 | 5/2005 | Keller | |
| 7,021,693 B2 | 4/2006 | Keller | |
| 7,066,523 B2 | 6/2006 | Verduci et al. | |
| 2004/0245799 A1 | 12/2004 | Rusu | |

OTHER PUBLICATIONS

Hard Lid Tonneau, Extang, Solid Fold, http://extang.com/docs/solidfold.html.

* cited by examiner

*Primary Examiner* — Glenn Dayoan
*Assistant Examiner* — Melissa A Black
(74) *Attorney, Agent, or Firm* — Perkins Coie LLP

(57) **ABSTRACT**

A cover assembly for a pick-up truck cargo box includes first and second rails attachable at the sides of the box. A cover has a first resilient hinge strip connecting a first panel to a second panel and allowing the first panel to pivot relative to the second panel. A third panel is attached to the second panel by a second resilient hinge strip, which allows the second panel to pivot relative to the third panel. The panels are supported on the rails. Latches on the panels hold the panels onto the rails. The cover may be opened by sequentially releasing the latches and folding the panels over onto each other.

**35 Claims, 13 Drawing Sheets**






*FIG. 1*



40
W
HJ
38
50
106
192
102
102
102
102
86
32
110
FP
CL
L
112
196
104A
104C
104B
104D
8
8
5
5
60
36
104A
104B
100
104C
192
86
42


FIG. 2



102
108
122
120
124
128
100
134
136
130
132
64
72
86
137
76
78
74
66
60
62
68


*FIG. 3*




FIG. 4


D
66
64
130
132
128
84
122
120
108
52
73
50
54
62
72
78
74
60
70
76
56
38
92
95
80
90
96
94
20
82

*FIG. 5*




FIG. 6




FIG. 7




*FIG. 8*




FIG. 9




FIG. 10




*FIG. 11*




FIG. 12




FIG. 13

# PICK-UP TRUCK BOX COVER

This application is a Continuation of U.S. patent application Ser. No. 12/471,880, filed May 26, 2009, now pending, which is a Continuation of U.S. patent application Ser. No. 11/537,403, filed Sep. 29, 2006, now U.S. Pat. No. 7,537,264, and incorporated herein by reference.

## BACKGROUND

Pick-up trucks are one of the most popular and versatile vehicles in use today. Pick-up trucks typically have an enclosed cab and an open cargo box in the rear of the truck. The open cargo box allows all types of things to be quickly and easily loaded, carried and unloaded. Despite this versatility, the open cargo box has multiple significant disadvantages. First, with the box tailgate closed, the box creates significant air turbulence and drag on the truck, especially at high speeds. This reduces the fuel efficiency of the vehicle and may also add to the noise level within the cab. Another disadvantage is the complete lack of security. Anything in an open box can be quickly and easily stolen. The open cargo box also leaves the contents of the box exposed to the weather.

Various types of box covers have been proposed to overcome these problems. In a primitive form, a box cover may simply be a piece of canvas or vinyl fitted over the top of the box and tied down to the truck. More sophisticated covers made of metal, fiberglass, and plastic have also been used. Still, various disadvantages remain. Many covers leak, allowing rain to enter the box where it can damage the contents of the box, or increase corrosion of the box itself. Other covers may be time consuming and difficult to install. Some covers tend to permanently fully or partially close off areas of the cargo box, or make it very difficult to reach into a front or rear end of the box. Accordingly, an improved pick-up truck cargo box cover is needed.

## SUMMARY

An improved pick-up truck cargo box cover has now been invented solving multiple problems associated with existing covers. This new cargo box cover is easy to install. It is also highly resistant to water penetration, so that the contents of the box stay dry when covered. This new cover also provides a secure barrier to protect the contents of the box from theft, vandalism, or from falling out of the box during a rough ride. The present cover is also lightweight, yet also durable, strong and rigid. Accordingly, it is able to reduce drag and improve fuel economy.

In one aspect, a cover assembly for a pick-up truck cargo box includes first and second side rails which attach to the sides and/or top of the cargo box. A foldable cover is attachable to the first and second rails. The cover may include a first hinge strip connecting a first panel to a second panel and allowing the first panel to pivot or fold relative to the second panel. Typically, a third panel is also included and is similarly attached to the second panel by a second hinge strip allowing the second panel to pivot relative to the third panel. A releasable latch system may be used to hold one or more of the panels onto the rails. The cover may accordingly be quickly and secured deployed on or over the box, and also partially or fully folded up to allow access to any section of the cargo box. Other elements and advantages will become apparent from the following detailed description. A single embodiment is shown and described as one example of how the invention may be made and used, with various other examples also being possible. The invention resides as well in subcombinations of the elements described.



## BRIEF DESCRIPTION OF THE DRAWINGS

In the drawings, wherein the same reference number indicates the same element in each of the views:

FIG. **1** is a perspective view of the novel cover installed on a pick-up truck.

FIG. **2** is a plan view of the cover and pick-up truck box shown in FIG. **1**.

FIG. **3** is an exploded perspective view of components of the cover assembly shown in FIGS. **1** and **2**.

FIG. **4** is a perspective section view showing an example of an installation of the cover assembly shown in FIGS. **1-3**.

FIG. **5** is a section view taken along line **5-5** of FIG. **2**.

FIG. **6** is an exploded perspective view of a panel of the cover shown in FIGS. **1-5**.

FIG. **7** is a perspective view of the core end frames and hinge strip shown in FIG. **6**.

FIG. **8** is a section view taken along line **8-8** of FIG. **2**.

FIG. **9** is a side view of the cover assembly shown in FIGS. **1** and **2**, with the first panel folding over onto the second panel of the cover.

FIG. **10** is a side view similar to FIG. **9** and showing the first and second panels folding over onto the third panel of the cover.

FIG. **11** is a similar side view showing the first, second, and third panels folding over onto a fourth panel of the cover.

FIG. **12** is a similar side view showing the cover fully folded or open.

FIG. **13** is a perspective view of the cover as shown in FIG. **12**.

## DETAILED DESCRIPTION OF THE DRAWINGS

Turning now in detail to the drawings, a novel cover assembly generally designated as **20** is installed on a cargo box **34** of a pick-up truck **30**. The cargo box **34** is typically rectangular, and is formed between left and right box side walls **38**, a tail gate **40** at the back of the truck **30**, and a front or cab wall **42** at the front of the box **34**, adjacent to the cab **32** of the truck **30**. The cargo box **34** generally also has a floor **36**, shown in FIG. **2**, which may be continuous with the box side walls **38** and/or the cab wall **42**.

As shown in FIG. **4**, the cargo box **34** typically has left and right box rails **50**, with a generally flat and horizontal top section **52** and a generally flat vertical side section **54** forming the box rail **50**. The lower edge of the side section **54** may have a rolled in end **56**. Stake pockets or openings **44** may be provided on some cargo boxes **34** through the top section **56** of the box rail **50**, adjacent to where the top section **52** joins into the box side wall **38**. FIGS. **4** and **5** show a cargo box **34** for a typical pick-up truck **30**. Of course, the cover assembly **20** may also be used with various other types of cargo boxes, FIGS. **4** and **5** showing one example.

Referring now to FIGS. **3**, **4**, and **5**, the cover assembly **20** includes a cover generally indicated as **100**, and left and right side rails **60**. The cover assembly **20** may be provided as a kit including the cover **100**, the left and right side rails **60**, along with clamps **90**, and optionally also including shims. The cover **100** may also be used separately from the side rails **60** and clamps **90**, in other applications.

FIGS. **3-5** show the right side rail **60** installed to the inside of the right side of the cargo box **34**. The left side rail and other components shown in FIGS. **3-5**, on the left side of the cargo box are mirror images of the right side. As shown in FIGS. **3**,

4, and 5, the side rail 60 has a clamp plate 62 which is typically substantially vertical when the side rail 60 is installed on a cargo box 34, as shown in FIGS. 4 and 5. A lip plate 64 extends outwardly, generally at a right angle, from the clamp plate 62. A lip 66 may be provided on the lip plate 64, with the lip 66 resting on the top section 52 of the box rail 50, leaving the lip plate 64 spaced apart slightly from the box rail top section 52. A lower end of the clamp plate 62 may have a grooved or roughened surface 68, so that the side rail 60 can be more securely held in place by the clamps 90.

Referring to FIG. 5, a cover support section 70 of the side rail 60 extends inwardly from the clamp plate 62. The cover support section 70, in the specific design shown, may have an outer support surface 74 spaced apart from an inner support surface 72 by a drain opening 75, shown in FIG. 4. The cover support section 70 may have a ramp surface 78 extending downwardly at an angle from the drain opening 75 to a drain channel 76, as shown in FIG. 5. A drain outlet 80 and a drain tube 82 may be provided adjacent to a front or rear end of the side rail 60. Generally, the drain outlet 80 and drain tube 82 are provided adjacent to the front end of the side rail 60, since most cargo boxes 34 tend to be lower at the front and higher at the back. The cover support section 70 of the side rail 60 may also have a latch channel 84, as shown in FIG. 5. Referring momentarily to FIG. 3, each side rail 60 may have an extension plate 86 at the front end of the side rail.

Referring once again to FIGS. 4 and 5, on each side of the cargo box 34, the side rail 60 is attached to the box rail 50. The side rail 60 may be attached in various different ways including clamping, bolting, riveting, adhering, welding, mechanical fittings, etc. In the design shown, the side rail 60 is clamped to the side section 54 of the box rail 50 via clamps 90. The claim 90 shown in FIG. 5 has an outer jaw 92 and an inner jaw 94 connected by a clamp bolt 96. Tightening the clamp bolt 96 brings the jaws 92 and 94 together, securing the clamp plate 62 of the side rail 60 to the side section 54 of the box rail 50. One or more clamps 90 may be used on each side. In the design shown, typically three clamps 90 are used on each side of the cargo box 34. The rail may be designed to conform with the clamp shape in order to eliminate any sagging of the rails.

Turning now to FIGS. 2 and 9-11, the cover 100 includes two, three, four, five, or more sections or panels 102 connected by hinge joints 104. The hinge joints 104 allow the panels 102 to fold onto each other, to open the cover 100, as shown in FIGS. 9-11. In FIG. 2, first, second, third and fourth hinge joints 104A, 104B, 104C and 104D are shown. The first and fourth hinge joints 104A and 104D may have the same design, for example as shown in FIG. 8. The second and third hinge joints 104B and 104C are similar but include a spacer bar 110 and 112, respectively, as shown in FIGS. 2 and 9-13. The spacer bars 110 and 112 are dimensioned to allow the panels to fold flat onto each other, without stressing the hinge joints, as specifically shown in FIG. 13. When the cover is closed, the spacer bars 110 and 112 may also help to strengthen the cover. The panels 102 are typically rectangular, although square panels may also be used. While the cover 100 is especially useful for covering a cargo box 34 of a pick-up truck 30, it may also be used in other ways. Accordingly, the panels 102 may also have other shapes, besides rectangular or square. The joints 104 may optionally be made without any screws or other fasteners requiring through holes.

The panels 102 shown in FIGS. 2 and 9-11 have a width W to length L ratio of about 1:3, although other ratios ranging from 1:1 to about 1:4, 5, 6, or 8 may also be used. The hinge joints 104 are typically much narrower than the panels 102, with the ratio of the width HJ of the hinge joint 104 to the width W of a panel 102 typically about 1:6 and normally ranging from about 1:4 to 1:8, 10 or higher. The panel 102 closest to the front of the cargo box 34, labeled FP in FIG. 2, may be attached to a relatively narrow cab panel 106, with the cab panel 106 attached to the extension plates 86. Referring momentarily to FIG. 12, the narrow cab panel 106 allows the cover 100 to be folded virtually entirely off of the cargo box 34, so that virtually all areas of the cargo box 34 are easily accessible when the cover 100 is opened.

The panels 102 may be provided as solid or hollow plates or slabs of various materials or they may be composite structures. In the design shown in FIGS. 3-5, a panel 102 has a core section 108 with a side channel 128 attached to the left and right sides of the core. A side cover strip 130 is attached to the side channel 128. Alternatively, if no side channel 128 is used, the side cover strip 130 may be attached directly to the core 108. The side cover strip 130 may be provided as a strip of a resilient material, such as rubber, having a top section 134, and a first tapered flap 136, and a second tapered flap 137 as shown in FIG. 3. The second tapered flap 137 seals down onto the top of the rail of the truck bed, to help seal out water. A rubber strip 73 is attached to the rail 72 to prevent metal to metal contact between the panels and rails.

Referring still to FIG. 3, the core 108 may optionally be formed as a composite structure, for example, a honeycomb core 120 sandwiched between a top sheet or plate 122 and a bottom sheet or plate 124 both adhered or otherwise attached to the honeycomb or other material 120. The top and bottom plates 122 and 124 may be a plastic material, such as ABS. This composite design provides a lightweight yet strong and rigid structure. The side channel 128, if used, may be a simple metal channel section adhered to the core 108. The side cover strip 130 may be attached to the side channel 128 or the core 108 using adhesives or a double-sided tape. The side cover strip 130 may be provided as a continuous single strip attached to each of the panels 102, with the side cover strip 130 sufficiently flexible so that it can fold back over on itself as the panels 102 are folded to open the cover 100, as shown in FIGS. 9-11. Alternatively, the side cover strip 130 may be provided as individual segments separately attached to each panel 102, with a gap between the segments on adjacent panels. Double sided tape 132 may be used to secure the strip 130 to the channel 128, as shown in FIG. 5.

Turning now to FIG. 6, adjacent panels 102 are connected to each other by the hinge joints 104 which include a hinge strip 146, typically made of rubber or other resilient or flexible material. The hinge strip 146 may be attached to adjacent panels 102 in various different ways. In the example shown in FIG. 6, the hinge strip 146 has first and second fittings or attachment features 150 and 152, in this case formed as T-sections. The core 108 of adjacent panels 102 have corresponding features or arms 144 for attaching with the fittings 150 and 152 on the hinge strip 146. The features or arms 144 may optionally be provided on a front/rear or lateral frame 140 attached to a front or rear edge of the core 108 of adjacent panels 102. In the example shown in FIG. 6, the lateral frame 140 may be provided as a metal extrusion having a slot 142 between the arms 144, with the slot 142 dimensioned to slide over and interlock with the fittings 152 and 154 on the hinge strip 146. The fittings 150 and 152 may be spaced apart by a flat or web section 154 of the hinge strip 146, as shown in FIGS. 6-8. As shown in FIG. 8, the backing bars may be dimensioned so that with the joint 104 in the closed (unfolded) position shown in solid lines in FIG. 8, the rubber or other elastomeric material of the hinge strip is optionally slightly compressed. This compression can help to seal the joint 104.

Referring to FIGS. **6** and **8**, first and second hinge joint backing bars **160** and **162** may be used to stiffen and strengthen the hinge joints **104**. The first backing bar **160** may be attached to the core **108** or lateral frame **140** using fasteners **164**. The backing bars **160** and **162** may be interlocking with each other, i.e., having features that engage each other. Alternatively, the backing bar **160** or **162** may be bonded or adhered to a bottom surface of the hinge strip **146**. In many applications, the backing bars **160** and **162** may be entirely omitted.

As shown in FIG. **12**, a compression spring element, such as an air cylinder **170**, is attached to the back end of the front panel FP. Typically, the lower end of the spring **170** may be attached to a fitting **172** adjacent a front end of the side rail **60**, with the upper end of the spring **170** attached to a mounting plate **174** on a bottom surface of the front panel FP. The spring element **170** holds the folded cover **100** in an over center position, as shown in FIG. **12**.

Referring to FIG. **13**, a slam latch assembly **180** is generally provided along the back edge of each panel **102**. The slam latch assembly **180** is used to hold or lock the panels **102** down in a closed position as shown in FIG. **2**. Various forms of latch assembly **180** may be used. In the example shown in FIG. **12**, the latch assembly **180** has a latch or plunger **182** held within a latch housing **188** and pushed outwardly into the latch channel **84**, shown in FIG. **4**, by a spring element **186**. The latch **182** may optionally have an angled lower surface **184**, to better guide the latch **182** into the latch channel **84**, or other recess. A release mechanism, such as a cable, chain, bar, linkage, etc. **190**, is connected to the slam latches **182** to release them, in this case by pulling on the cable **190**, to allow a panel **102** to be opened. As shown in FIG. **13**, the release mechanism **190** may be accessible at a central location, or at locations along both sides of the cover **100**. This allows the panels to be released from either side of the truck.

In general, the cover assembly **20** is symmetrical about its center line CL shown in FIG. **2**. Accordingly, the description of components or elements described above applies to both the left and right sides of the cover assembly **20**.

The cover **100** and side rails **60** may be manufactured to fit the specific dimensions of a cargo box **34** of a specific pick-up truck **30**. For most cargo boxes **34**, the cover **100** has four panels **102**, as shown in FIG. **2**. However, for shorter cargo boxes **34**, three panels or more **102** may be used, while a cover **100** for use on a longer cargo box **34** may have four or more panels **102**. Of course, the width W of the panels **102** may be varied, and the number of panels **102** used may also be varied, to meet specific needs.

The cover **100** and the side rail **60** may be provided in a kit made for a specific cargo box **34** of a specific pick-up truck **30**. The clamps **90** and shims may also be included in the kit. Referring to FIG. **5**, in some cargo boxes **34**, the box rail side section **54** may not be vertical, or it may recesses tending to interfere with the clamps. In this case, shims may be used between the side section **54** and the clamp plate **62** of the side rail **60**, so that the side rails **60** are properly positioned. In the example shown in FIG. **5**, the box rail side section **54** is vertical, so that no shims are needed. To install the cover assembly **20**, shims, if any are needed, are placed on the box rail side section **54**. The side rail **60** is then placed onto the box rail **50**, on each side of the cargo box **34**. The front end of each side rail **60** is positioned all the way forward on the cargo box **34**, with the front end of the side rail **60** in contact with, or closely adjacent to, the cab wall **42** or front end of the cargo box **34**. The clamps **90** are then installed to securely attach each side rail **60** to the box rails **50** of the cargo box **34**. The cover **100** is then placed onto the side rails **60**, with the cover **100** all the way forward on the cargo box **34**.



The cab panel **106**, if used, is closely adjacent to, or in contact with, the cab wall **42** or front end of the cargo box **34**. The cover **100** is then unfolded, as shown in FIG. **2**, to confirm that the cover **100** properly fits onto the side rails **60** and the cargo box **34**. Holes are drilled through the cab panel **106** and through the extension plates **86**. The cab panel **106** is then attached to the extension plates **86** using mounting bolts **192**, and using spacers and washers. The drain tube **82** is routed through an opening in the cab wall **42**, or an opening is made in the cab wall or floor for the drain tube. The front end of the side rail **60** is typically closed off with a cap, so that water collecting in the side rail runs out via the drain tube **82**. Some trucks have existing drainage holes which can be used.

Referring to FIG. **1**, with the cover assembly **20** installed and the tail gate **40** up, the cargo box **34** is entirely covered. The latch assemblies **180** secure the panels **102** to the latch channels **84** of the side rails **60**. As a result, the cover **100** cannot be opened or removed without opening the tail gate **40**. Consequently, by closing the cover **100** and locking the tail gate **40**, the cargo box **34** is secured.

The cover **100** may be opened by opening the tail gate **40**. This allows access to the release cable **190**. Openings in the latch housing **188**, to provide access to the release cable **190**, are provided on both sides of the cover **100**. Accordingly, the panels **102** may be released by pulling on the release cable **190** from either side of the cargo box **34**. Pulling the release cable **190** withdraws the latch **182** from the latch channel **84** of each side rail **60**. The panel **102** can then be flipped or folded up, as shown in dotted line in FIG. **1**, and as shown in FIGS. **9-12**. The first panel is pivoted or folded over onto the second panel, as shown in FIG. **9**. The release cable **190** of the second panel is then pulled to release the latches **182** of the second panel. This allows the second panel, along with the first panel, to be folded over onto the third panel, as shown in FIG. **10**, and with the same sequence used to release and fold the third panel onto the fourth panel, as shown in FIG. **11**. All of the folded panels may then be folded into a substantially upright position, as shown in FIG. **12**, to fully open the cover **100**. A rubber bumper **194** may be provided on a bottom surface of the second panel **102**, to provide a soft contact with the cab **32** when the cover **100** is fully opened, as shown in FIG. **12**. The cover **100** is closed using a reverse sequence of steps. The back end of each panel **102** is dropped down, causing the latches **182** to momentarily slide inwardly as the angled surface **184** of the latch **182** passes over the inner support surface **72**.

Referring to FIGS. **1**, **4**, and **5**, the sides of the panels **102** may be supported by both the outer support surface **74** and the inner support surface **72** of the side rails **60**. These surfaces may be located so that the cover **100** sits approximately flush with the box rail top surface **52**, as shown in FIG. **5**. The lip plate **64** of the side rail **60** necessarily projects slightly above the box rail top surface. The flap **136** of the side cover strip **130** may extend outwardly entirely over the lip plate **64** and down onto the box rail top section **52**. This provides a streamlined design, helps to prevent water from leaking into the cargo box **34** and also provides an aesthetic appearance. Referring to FIG. **5**, the top surface or top plate **122** of the core **108** is approximately at the same level as the box rail top section **52**. The highest location on the entire cover assembly **20**, i.e., the top section **134** of the side cover strip **130** may be positioned above the surface **52** by dimension D, which may be only a few millimeters.

Rainwater may penetrate under the side cover strip **130**, or through other locations. Water which enters the space

between the side rail **60** and the cover **100** will tend to run down and collect in the drain channel **76**, as shown in FIG. **5**. Water in the drain channel **76**, in most cases, will run forward and drain out through the drain outlet and drain tube **82**, due to the slight front to back inclination of the cargo box **34**.

Referring to FIGS. **2** and **8**, rainwater cannot pass through the liquid impenetrable core **108**. Rainwater also cannot penetrate through the hinge joints **104**, as the hinge strip **146** forms a water resistant barrier with the adjoining panels **102**. Accordingly, when the cover **100** is closed, as shown in FIGS. **1** and **2**, the contents of the cargo box **34** are secure and protected from rain. Referring to FIG. **4**, the cover **100** does not interfere with use of stake pockets **44**, since the stake pockets **44** are positioned to be outside of the side cover strips **130**. Since the cover **100** is supported by, and interacts only with the side rails **60**, the condition of the box rails **50** and dimensional precision of the box rails **50** of the cargo box **34** have little or no effect on operation of the cover **100**.

The cover assembly **20** provides a secure and weather-resistant cover, which is also light-weight. The cover assembly **20** as shown in the drawings weighs only about 40 pounds. Since the cover **100** is rigid when closed, it can also be used as a working or limited supporting surface. Noise and air turbulence associated with an open cargo box are eliminated, and vehicle fuel economy is improved by reducing drag. The cover **100** may be used separately from the side rails, in applications unrelated to a pick-up truck, such as for a canopy cover, or as a cover for a storage box, enclosure, freezer, etc.

As shown in FIGS. **4** and **5**, the cover **100** may be generally flush mounted with the top of the box rail **52**. The side rails **60** may be self aligning with the truck box **34**. With the cover **100** supported only on the side rails **60**, (and in this case not on the box itself) the entire cover assembly **20** may also be entirely self aligning. This avoids any need for time consuming or difficult aligning steps during installation. If the box **34** is tapered from end to end, the cover **100** may be similarly tapered. As shown in FIG. **4**, the side rails **60** and the flap **136** extend only slightly over the box side walls **38**, e.g., ¼ or ½ inch in this specific design. This leaves the stake pockets **44** open and available for use when the cover is installed on the truck **30**. The downward curvature of the flap **36**, as shown in FIGS. **4** and **5**, helps to seal the cover **100** to the box **34**, to better keep wind and rain out. The core **120** while shown as a honeycomb material may optionally be made as solid slab or block.

Referring to FIG. **5**, the clamp jaw **94** may have a surface **95** parallel to the ramp surface **78** of the side rail **60**. As a result, the surface **95** can act as a hard stop for the cover support section **70**. As shown in FIG. **12**, the cover **100** may open up to an angle AA, which can be greater than 90 degrees. This provides complete access to the box **34** when the cover is open. Cargo may be loaded to a position higher than the roof of the cab, without removing the cover **100**. As also shown in FIG. **12**, when open, the folded cover takes up very little length, for example 3%, or even less of the box space. Referring to FIG. **2**, a rigid lip **196** may be provided along the back end of the first section **102**, with the lip **196** resting on top of the tailgate **40** and cab wall. The lip **196** will prevent any sagging of the front and back ends of the cover **100**.

Referring to FIGS. **5** and **6**, if the cover **100** is made with a top plate **122** and a bottom plate **124** (as opposed to single slab, or a single plate design), the cover **100** will tend to bow up slightly under bright sunlight. The upward bowing may offset sagging. This results because the top plate **122** having direct sun exposure, will be heated more and undergo more thermal expansion, than the bottom plate. While the top plate **122** and the bottom plate **124** will generally be made of the



same material, they can also be made of different materials, as desired, to account for thermal expansion or other factors.

Thus, a novel cover assembly has been shown and described. Various changes and substitutions may of course be made, without departing from the spirit and scope of the invention. The invention, therefore, should not be limited, except to the following claims and their equivalents.

The invention claimed is:

**1**. A cover assembly for a pick-up truck cargo box, comprising:
- first and second side rails each comprising:
- a drain channel having a drain opening between a first side and a second side of the drain channel;
- a clamp plate on the first side of the drain channel;
- a panel support surface on the second side of the drain channel, with the clamp plate extending above and below the panel support surface;
- two or more fittings attaching the first and second side rails to first and second sides of the cargo box, respectively;
- a folding cover supported on the side rails, including:
- a first panel pivotally attached to a second panel, and a third panel pivotally attached to the second panel; and
- a slam latch assembly on at least one of the panels, with the slam latch having one or more plungers movable at least partially into the the first or second side rail.

**2**. The cover assembly of claim **1** with the slam latch assembly entirely on a bottom surface of a panel and comprising:
- first and second springs urging first and second plungers at least partially into latch channels of the first and second side rails;
- a pull cable linked to the first and second plungers;
- at least one latch housing enclosing the cable; and
- one or more access openings in the latch housing to allow access to the pull cable and pulling the cable to release the slam latch assembly.

**3**. The cover assembly of claim **1** with the cover supported on the side rails and not on the cargo box.

**4**. The cover assembly of claim **1** with the first and second side rails further comprising:
- an extension plate adjacent to a front end of the side rail; and
- a drain opening in a bottom surface of the drain channel adjacent to the extension plate.

**5**. The cover assembly of claim **4** wherein the extension plates extend inwardly from the side rails towards a center line of the cargo box.

**6**. The cover assembly of claim **1** with the clamp plate substantially perpendicular to the panel support surface.

**7**. The cover assembly of claim **1** further comprising an extension plate on the rail adjacent to a front end of the rail, and with the folding cover attached to the extension plates via fasteners.

**8**. A cover assembly for a pick-up truck cargo box, comprising:
- first and second side rails with each side rail comprising: a clamp plate, a drain channel, and a panel support surface, with the clamp plate extending above and below the panel support surface;
- two or more fittings attaching each of the first and second side rails to first and second sides of the cargo box;
- a folding cover attached to and supported by the first and second rails, with the folding cover including:
- a first panel pivotally attached to a second panel, a first spacer pivotally attached to the second panel and to a third panel;

a second spacer pivotally attached to the third panel and to a fourth panel;

a slam latch assembly entirely on a bottom surface of one or more of the first, second and third panels, with the slam latch assembly comprising:

first and second springs respectively urging first and second plungers at least partially into the first and second side rails; and

a pull cable linked to the first and second plungers.

**9**. The cover assembly of claim **8** with the first spring and the first plunger contained within a first end of a latch housing, and with the second spring and the second plunger contained with a second end of the latch housing.

**10**. The cover assembly of claim **8** with the clamp plate substantially perpendicular to the panel support surface.

**11**. A cover assembly for a pick-up truck cargo box, comprising:

a first side rail having a first clamp plate, a first drain channel, a first panel support surface, and a first latch channel vertically between the first panel support surface and the first drain channel, with the first clamp plate extending above and below the first panel support surface, a first seal strip on the first panel support surface, and a first extension plate adjacent to a front end of the first rail;

a second side rail having a second clamp plate, a second drain channel, a second panel support surface, and a second latch channel vertically between the second panel support surface and the second drain channel, with the second clamp plate extending above and below the second panel support surface, a second seal strip on the second panel support surface, and a second extension plate adjacent to a front end of the second rail;

two or more first clamps attaching the first side rail to a first side of the cargo box, with each first clamp having an inner jaw on the first clamp plate and an outer jaw on a first surface of the cargo box;

two or more second clamps attaching the second side rail to a second side of the cargo box, with each second clamp having an inner jaw on the second clamp plate and an outer jaw on a second surface of the cargo box;

a folding cover supported on the first and second rails, with the cover including:

a first panel pivotally attached to a second panel, and a third panel pivotally attached to the second panel;

a cab panel rigidly attached to the first and second extension plates; and the third panel pivotally attached to the cab panel;

a slam latch assembly on a bottom surface of one or more of the panels, with the slam latch assembly including:

a first spring driving a first plunger out of a first end of a first latch housing and at least partially into the first latch channel in the first side rail;

a second spring driving a second plunger out of a second end of a second latch housing and at least partially into the second latch channel in the second side rail; and

a cable extending through the first and second latch housings and linked to the first and second plungers.

**12**. The cover assembly of claim **11** with one or more access openings in or between the first and second latch housings, to provide access to the cable.

**13**. The cover assembly of claim **11** with the clamp plate substantially perpendicular to the panel support surface.



**14**. A cover assembly for a pick-up truck cargo box, comprising:

first and second side rails with each side rail comprising:

a drain channel having a drain opening between a first side and a second side of the drain channel;

a clamp plate on the first side of the drain channel;

a panel support surface on the second side of the drain channel;

an extension plate adjacent to a front end of the side rail; and

a drain opening in a bottom surface of the drain channel adjacent to the extension plate;

two or more fittings for attaching the first and second side rails to first and second sides of the cargo box, respectively;

a folding cover supported on the side rails, including:

a first panel pivotally attached to a second panel, and a third panel pivotally attached to the second panel; and

a slam latch assembly on at least one of the panels, with the slam latch having one or more plungers movable at least partially into the first or second side rail.

**15**. The cover assembly of claim **14** with the slam latch assembly entirely on a bottom surface of a panel and comprising:

first and second springs urging first and second plungers at least partially into latch channels of the first and second side rails;

a pull cable linked to the first and second plungers;

at least one latch housing enclosing the cable; and

one or more access openings in the latch housing to allow access to the pull cable and pulling the cable to release the slam latch assembly.

**16**. The cover assembly of claim **14** with the cover supported on the side rails and not on the cargo box.

**17**. The cover assembly of claim **14** with the clamp plate extending above and below the panel support surface.

**18**. A cover assembly for a pick-up truck cargo box, comprising:

first and second side rails each comprising:

a drain channel having a drain opening between a first side and a second side of the drain channel;

a clamp plate on the first side of the drain channel;

a panel support surface on the second side of the drain channel, with the clamp plate substantially perpendicular to the panel support surface;

two or more fittings for attaching the first and second side rails to first and second sides of the cargo box, respectively;

a folding cover supported on the side rails, including:

a first panel pivotally attached to a second panel, and a third panel pivotally attached to the second panel; and

a latch assembly on at least one of the panels having one or more plungers movable at least partially into the first or second side rail.

**19**. The cover assembly of claim **18** with the latch assembly entirely on a bottom surface of a panel and comprising:

first and second springs urging first and second plungers at least partially into latch channels of the first and second side rails;

a pull cable linked to the first and second plungers;

at least one latch housing enclosing the cable; and

one or more access openings in the latch housing to allow access to the pull cable and pulling the cable to release the slam latch assembly.

**20**. The cover assembly of claim **18** with the cover supported on the side rails and not on the cargo box.

**21**. The cover assembly of claim **18** with the first and second side rails further comprising:

an extension plate adjacent to a front end of the side rail; and

a drain opening in a bottom surface of the drain channel adjacent to the extension plate.

**22**. The cover assembly of claim **18** wherein the extension plates extend inwardly from the side rails towards a center line of the cargo box.

**23**. The cover assembly of claim **18** with the clamp plate extending above and below the panel support surface.

**24**. A cover assembly for a pick-up truck cargo box, comprising:

first and second side rails each having:

a drain channel having a drain opening between a first side and a second side of the drain channel;

a clamp plate on the first side of the drain channel;

a panel support surface on the second side of the drain channel;

a latch channel vertically below the panel support surface; and

an extension plate on each rail adjacent to a front end of each rail;

a folding cover supported on the side rails, including:

a first panel pivotally attached to a second panel, and a third panel pivotally attached to the second panel, with the folding cover attached to the extension plates via fasteners; and

a latch assembly on at least one of the panels having one or more plungers movable at least partially into the latch channel of the first or second side rail.

**25**. The cover assembly of claim **24** with the latch assembly entirely on a bottom surface of a panel and comprising:

first and second springs urging first and second plungers at least partially into the latch channels of the first and second side rails;

a pull cable linked to the first and second plungers;

at least one latch housing enclosing the cable; and

one or more access openings in the latch housing to allow access to the pull cable and pulling the cable to release the slam latch assembly.

**26**. The cover assembly of claim **24** further comprising a pull cable linked to the plungers.

**27**. The cover assembly of claim **24** further comprising a drain opening in a bottom surface of the drain channel adjacent to the extension plate on each side rail.

**28**. The cover assembly of claim **24** wherein the extension plates extend inwardly from the side rails towards a center line of the cargo box.

**29**. The cover assembly of claim **24** with the clamp plate substantially perpendicular to the panel support surface.

**30**. The cover assembly of claim **24** with the clamp plate extending above and below the panel support surface.

**31**. A cover assembly for a pick-up truck cargo box, comprising:

first and second side rails with each side rail comprising: a clamp plate, a panel support surface, and an extension plate adjacent to a front end of the rail;

a folding cover attached to the extension plates and supported by the first and second rails, with the folding cover including:

a first panel pivotally attached to a second panel, a first spacer pivotally attached to the second panel and to a third panel;

a second spacer pivotally attached to the third panel and to a fourth panel, with the fourth panel secured to the extension plates; and

a latch assembly entirely on a bottom surface of one or more of the first, second and third panels.

**32**. The cover assembly of claim **31** with the latch assembly including a first spring acting on a first plunger contained within a first end of a latch housing, and a second spring acting on a second plunger contained with a second end of the latch housing.

**33**. The cover assembly of claim **31** with the clamp plate extending above and below the panel support surface.

**34**. The cover assembly of claim **31** with the clamp plate substantially perpendicular to the panel support surface.

**35**. The cover assembly of claim **31** with the first and second side rails further comprising a drain channel and a drain opening in a bottom surface of the drain channel.

* * * * *

Name & Address:
Sanford L. Michelman, Esq. SBN 160516
Mona Z. Hanna, Esq., SBN 131439
Michelman & Robinson, LLP
15760 Ventura Boulevard, 5th Floor
Encino, California 91436
Tel: 818-783-5530, Fax: 818-783-5507

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAURMARK ENTERPRISES, INC., a Texas Corporation, PLAINTIFF(S) v. KINDERHOOK INDUSTRIES, THI-UNDER COVER HOLDINGS, LLC, TECTUM HOLDINGS, INC., EXTANG CORPORATION AND UNDERCOVER, INC. Does 1-10, DEFENDANT(S). | CASE NUMBER CV12-4702-GHK (MANx) **SUMMONS** |

TO: DEFENDANT(S):

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☒ complaint ☐ __________ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, Michelman & Robinson, LLP, whose address is 15760 Ventura Boulevard, Encino, CA 91436. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: MAY 30 2012

By: [signature] Deputy Clerk

*(Seal of the Court)*

ORIGINAL

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
LAURMARK ENTERPRISES, INC., a Texas Corporation

**DEFENDANTS**
KINDERHOOK INDUSTRIES,
THI-UNDERCOVER HOLDINGS, LLC, TECTUM HOLDINGS, INC.,
EXTANG CORPORATION, and UNDERCOVER, INC.

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Michelman & Robinson, LLP
15760 Ventura Boulevard, 5th Floor
Encino, CA 91436 (Tel: 818-783-5530; Fax: 818-783-5507)

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff ☑ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only (Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify): ☐ 6 Multi-District Litigation ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No ☐ **MONEY DEMANDED IN COMPLAINT: $**______

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
28 U.S.C. § 1331; 28 U.S.C. § 1338(a) (b); 15 U.S.C. § 1121; 28 U.S.C. § 1332 (a)(1); 28 U.S.C. § 1367 (a); 28 U.S.C. § 1391(b) (c) and 1400 9(b)

**VII. NATURE OF SUIT** (Place an X in one box only.)

**OTHER STATUTES**
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 890 Other Statutory Actions
☐ 891 Agricultural Act
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Info. Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State Statutes

**CONTRACT**
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

**REAL PROPERTY**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**TORTS — PERSONAL INJURY**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Fed. Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Personal Injury-Med Malpractice
☐ 365 Personal Injury-Product Liability
☐ 368 Asbestos Personal Injury Product Liability

**IMMIGRATION**
☐ 462 Naturalization Application
☐ 463 Habeas Corpus-Alien Detainee
☐ 465 Other Immigration Actions

**TORTS — PERSONAL PROPERTY**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**BANKRUPTCY**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**CIVIL RIGHTS**
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/Accommodations
☐ 444 Welfare
☐ 445 American with Disabilities - Employment
☐ 446 American with Disabilities - Other
☐ 440 Other Civil Rights

**PRISONER PETITIONS**
☐ 510 Motions to Vacate Sentence Habeas Corpus
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus/ Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**FORFEITURE / PENALTY**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 R.R. & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety /Health
☐ 690 Other

**LABOR**
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt. Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act

**PROPERTY RIGHTS**
☐ 820 Copyrights
☑ 830 Patent
☐ 840 Trademark

**SOCIAL SECURITY**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS-Third Party 26 USC 7609

**FOR OFFICE USE ONLY:** Case Number: CV12-4702

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

By Fax

COPY

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): ______

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): ______

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)
☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Michigan; Delaware; New York, |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

*** Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): [signature] **Date** May 30, 2012

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge George King and the assigned discovery Magistrate Judge is Margaret A. Nagle.

The case number on all documents filed with the Court should read as follows:

**CV12- 4702 GHK (MANx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

===========================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[X] **Western Division**
**312 N. Spring St., Rm. G-8**
**Los Angeles, CA 90012**

[ ] **Southern Division**
**411 West Fourth St., Rm. 1-053**
**Santa Ana, CA 92701-4516**

[ ] **Eastern Division**
**3470 Twelfth St., Rm. 134**
**Riverside, CA 92501**

Failure to file at the proper location will result in your documents being returned to you.